FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1062

Case 1:08-cv-01062    Document 3    Filed 02/20/2008    Page 1 of 1

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| In the Matter of<br>PLATINUMTEL COMMUNICATIONS, LLC<br>    Plaintiff,<br>v.<br>ZEFCOM, LLC d/b/a TELISPIRE, et al.,<br>    Defendants. | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLATINUMTEL COMMUNICATIONS, LLC          **J. N.**

| |
|---|
| NAME (Type or print)<br>John P. Lynch, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ John P. Lynch, Jr. |
| FIRM<br>Cremer, Kopon, Shaughnessy & Spina, LLC |
| STREET ADDRESS<br>180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06198763 | (312) 726-3800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |