FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01062  Document 4  Filed 02/20/2008  Page 1 of 1

08 C 1062

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE SCHENKIER**

In the Matter of

PLATINUMTEL COMMUNICATIONS, LLC
        Plaintiff,

v.

ZEFCOM, LLC d/b/a TELISPIRE, et al.,
        Defendants.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLATINUMTEL COMMUNICATIONS, LLC

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Brian A. O'Gallagher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian A. O'Gallagher | |
| FIRM | |
| Cremer, Kopon, Shaughnessy & Spina, LLC | |
| STREET ADDRESS | |
| 180 North LaSalle Street, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6211445 | (312) 726-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |