**FILED**

**08 C 1062**

**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE SCHENKIER**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

PLATINUMTEL COMMUNICATIONS, LLC
                                 Plaintiff,
v.
ZEFCOM, LLC d/b/a TELISPIRE, et al.,
                                 Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLATINUMTEL COMMUNICATIONS, LLC                    **J. N.**

| |
|---|
| NAME (Type or print)<br>Jessica Lesniewski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Jessica Lesniewski |
| FIRM<br>Cremer, Kopon, Shaughnessy & Spina, LLC |
| STREET ADDRESS<br>180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288350 | TELEPHONE NUMBER<br>(312) 726-3800 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐