JPL/BAO/JLL  Firm I.D. 33179  526-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 2 1 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO,<br><br>Defendants. | Court No.: 08 CV 1062 |

## NOTICE OF MOTION

**TO:** Ramsey Natour, individually and d/b/a
U.S. Mobile, Inc., Quick Comm, Inc., a/k/a
Quick Com, Inc., Quick Com II, Inc.,
Quick Com Cellular Corporation and/or
Quick Com Chicago
16317 South Terrace Court
Orland Hills, Illinois 60477

EZ Stream, Inc.
1880 W. Fullerton Avenue
Build A, Lot J
Chicago, Illinois 60614

Telispire
4309 Jacksboro Hwy
Suite G
Wichita Falls, TX 76302

On February 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan Humphrey-Lefkow, in Room 1925, or any judge sitting in her stead in the courtroom located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there move this Honorable Court for a hearing on Plaintiff, Platinumtel Communications, LLC's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, at which time and place you may appear.

CREMER, KOPON, SHAUGHNESSY & SPINA, LLC,

By: /s/John P. Lynch, Jr.
Attorneys for Plaintiff

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
185756

## PROOF OF SERVICE

I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.

/s/ John P. Lynch, Jr.