## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1062 | **DATE** | 2/22/2008 |
| **CASE TITLE** | Platinumtel Communications vs. Zefcom, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for temporary restraining order is denied. Status hearing is set for 3/6/2008 at 10:00 a.m. Hearing on preliminary injunction is set for 3/19/2008 at 1:30 p.m. Plaintiff's oral motion for entry of order for defendants not to destroy or dispose of documents is granted. Enter Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | MD |
|---|---|---|