JPL/BAO/JLL                         Firm I.D. 33179                         527-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZEFCOM, LLC d/b/a TELISPIRE, ) <br> TELISPIRE, INC., U.S. MOBILE, INC., EZ ) <br> STREAM, INC., QUICK COM, INC., QUICK ) <br> COM II, INC., QUICK COM CELLULAR ) <br> CORPORATION, EZ COM, CHICAGO, ) <br> INC., d/b/a QUICK COM CHICAGO, and ) <br> RAMSEY NATOUR, individually and d/b/a ) <br> U.S. MOBILE, INC., QUICK COMM, INC. ) <br> a/k/a QUICK COM, INC., QUICK COM II, ) <br> INC., QUICK COM CELLULAR ) <br> CORPORATION and/or QUICK COM ) <br> CHICAGO, ) <br> ) <br> Defendants. ) | Court No.: 08 CV 1062 |

## ORDER

This cause coming before the Court on the Emergency Motion of the Plaintiff, PLATINUMTEL COMMUNICATIONS, LLC, for a temporary restraining order and preliminary injunction, Plaintiff's counsel and counsel for Defendant EZ STREAM, INC., being present in court,

IT IS HEREBY ORDERED that: all Defendants shall not destroy or otherwise dispose of any document, including those in electronic format, relating or pertaining to the advertisement, purchase or sales of any prepaid wireless minutes or services without further order of court.

ENTERED:

_____
Judge                    Date

2-22-08

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile

185890