## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: 08 CV 1062

In the Matter of

PLATINUMTEL COMM.LLC, Plaintiff,

v.

ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., RAMSEY NATOUR, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ramsey Natour

**FILED**

J.N  MAR 0 6 2008

MAR 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Ahmad T. Sulaiman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM  Sulaiman & Associates, Ltd. | |
| STREET ADDRESS  11015 South Harlem Avenue, Suite B | |
| CITY/STATE/ZIP  Worth, Illinois 60482 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6279456 | TELEPHONE NUMBER  708 448 8181 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |