Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1062 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Platinumtel Communications vs. Zefcom | | |

**DOCKET ENTRY TEXT**

Enter Order Extending Deadline for defendant Zefcom LLC to Answer or Otherwise Plead to 3/27/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|