CA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO, <br><br> Defendants. | Court No.: 08 CV 1062 |

## ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR DEFENDANT ZEFCOM, LLC TO ANSWER OR OTHERWISE PLEAD

Plaintiff, PLATINUMTEL COMMUNICATIONS, LLC, and Defendant, ZEFCOM, LLC d/b/a TELISPIRE ("Defendant"), having stipulated and agreed to extend Defendant's deadline to answer or otherwise plead in this matter, and the Court being fully advised in the premises, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that good cause has been shown and Defendant shall have to and including March 27, 2008, to answer or otherwise plead to the Complaint.

S/ John P. Lynch
Counsel for
Plaintiff PLATINUMTEL
Dated: March 6, 2008

S/ Terri L. Mascherin
Counsel for
Defendant ZEFCOM
Dated: March 6, 2008

S/ _[signature]_
Presiding Judge
Dated: 3-11-08