IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO, <br><br> Defendants. | Court No.: 08 CV 1062 |

KC FILED
MAR 19 2008
3-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION TO WITHDRAW APPEARANCE OF AHMAD T. SULAIMAN

Ahmad T. Sulaiman hereby respectfully requests Permission to withdraw from this case, and states the following reasons:

1. That, I, the attorney of record for the above-captioned Defendant Ramsey Natour, cannot continue to represent said Defendant due to the following reasons:

    a. I, Ahmad T. Sulaiman, am a real estate Attorney. I am general counsel for a real estate development firm. I am not qualified to represent the Defendant in this matter. I have never practiced before any court, and hence am not qualified to competently represent the Defendant in this or any matter before this court with my level of experience. I have serious cause to believe that I may do more harm than good to the Defendant in this matter due to my lack of experience in the procedures of this esteemed court. Further, my responsibilities to my employer will not allow me to continue in my representation of the Defendant.

b. I, Ahmad T. Sulaiman, filed my initial appearance as a personal favor to the Defendant who is a close family friend. I had hoped that during the intervening time the Defendant would have secured qualified counsel. For various reasons, that has not occurred.

**WHEREFORE,** I, Ahmad T. Sulaiman, respectfully request that I be granted permission to withdraw from representing Ramsey Natour in this case, and that Ramsey Natour be informed that to insure notice of any action in said cause, they should retain other counsel therein or file with the clerk of the court, within 21 days after entry of the order of withdrawal, their supplemental appearance stating their address at which service of notice or other papers may be served upon them.

Respectfully submitted,

By: _____

Ahmad T. Sulaiman
11015 South Harlem Avenue
Suite B
Worth, Illinois 60482
Attorney No. 6279456
(708) 448 – 8181 Phone
(708) 448 – 8488 Fax

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**

MAR 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, ) ) ) Plaintiff, ) ) v. ) ) ZEFCOM, LLC d/b/a TELISPIRE, ) TELISPIRE, INC., U.S. MOBILE, INC., EZ ) STREAM, INC., QUICK COM, INC., QUICK ) COM II, INC., QUICK COM CELLULAR ) CORPORATION, EZ COM, CHICAGO, ) INC., d/b/a QUICK COM CHICAGO, and ) RAMSEY NATOUR, individually and d/b/a ) U.S. MOBILE, INC., QUICK COMM, INC. ) a/k/a QUICK COM, INC., QUICK COM II, ) INC., QUICK COM CELLULAR ) CORPORATION and/or QUICK COM ) CHICAGO, ) ) Defendants. ) | Court No.: 08 CV 1062 |

## STIPULATION

The undersigned acknowledges receipt of Ahmad T. Sulaiman's Motion to Withdraw.

_____    3-19-08
Ramsey Natour, Defendant              Date

Ahmad T. Sulaiman
11015 South Harlem Avenue
Suite B
Worth, Illinois 60482
Attorney No. 6279456
(708) 448 – 8181 Phone
(708) 448 – 8488 Fax