IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO,<br><br>    Defendants. | Court No.: 08 CV 1062 |

### NOTICE OF MOTION TO WITHDRAWL

**TO:** **Ramsey Natour**
     **Via FACSIMILE & HAND DELIVERY**

On March 19th, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, in Room 1925, or any judge sitting in her stead in the courtroom located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion to Withdrawal as counsel for Ramsey Natour in all matters related to the above captioned matter.

Ahmad T. Sulaiman
11015 South Harlem Avenue
Suite B
Worth, Illinois 60482
Attorney No. 6279456
(708) 448 - 8181 Phone
(708) 448 - 8488 Fax

## CERTIFICATE OF SERVICE

I, AHMAD T. SULAIMAN, hereby certify that I caused to be served the foregoing Notice of Motion to Withdraw, together with the attached Motion, upon the person indicated, by the method indicated above, on the 18th day of March, 2008.

Ahmad T. Sulaiman

ENTERED:

_____
Judge                    Date