# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>PLATINUMTEL COMMUNICATIONS, LLC<br>v.<br>ZEFCOM, LLC, et al., | Case Number: 08 CV 1062 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EZ STREAM, INC.

| | |
|---|---|
| NAME (Type or print)<br>AKRAM ZANAYED | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Akram Zanayed | |
| FIRM<br>AKRAM ZANAYED & ASSOCIATES | |
| STREET ADDRESS<br>8550 S. HARLEM STE. G | |
| CITY/STATE/ZIP<br>BRIDGEVIEW | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>14635 | TELEPHONE NUMBER<br>708-237-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PLATINUMTEL COMMUNICATIONS, LLC<br>V.<br>ZEFCOM, LLC, et al., | Case Number: 08 CV 1062 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EZ STREAM, INC.

| | |
|---|---|
| NAME (Type or print)<br>NAHEEL RANTISI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Naheel Rantisi | |
| FIRM<br>AKRAM ZANAYED & ASSOCIATES | |
| STREET ADDRESS<br>8550 S. HARLEM STE. G | |
| CITY/STATE/ZIP<br>BRIDGEVIEW, IL 60455 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>14635 | TELEPHONE NUMBER<br>708-237-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 1062 |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC V. ZEFCOM, LLC, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EZ STREAM, INC.

| NAME (Type or print) |
|---|
| HANNA MRAIBIE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Hanna Mraibie |

| FIRM |
|---|
| AKRAM ZANAYED & ASSOCIATES |

| STREET ADDRESS |
|---|
| 8550 S. HARLEM STE. G |

| CITY/STATE/ZIP |
|---|
| BRIDGEVIEW, IL 60455 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 14635 | 708-237-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |