Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1062 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Platinumtel Communications, LLC vs. Zefcom, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Joint oral motion for entry of Stipulated Order is granted. Enter Stipulated Order resolving plaintiff's motion for temporary restraining order [7] as to the defendants agreeing to this order. All defendants who have appeared are given leave to answer the complaint by 3/27/2008. Motion of Ahmad T. Sulaiman to withdraw appearance [18] is granted. Ahmad T. Sulaiman is withdrawn as attorney for Ramsey Natour.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MD |
|---|---|---|