JPL                                                                          526-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLATINUMTEL   COMMUNICATIONS,   )
LLC,                            )
                                )
                    Plaintiff,  )
                                )
v.                              )
                                )
ZEFCOM,   LLC   d/b/a   TELISPIRE, )
TELISPIRE, INC., U.S. MOBILE, INC., EZ )    Court No.: 08 CV 1062
STREAM, INC., QUICK COM, INC., QUICK )
COM II, INC., QUICK COM CELLULAR )
CORPORATION, EZ COM, CHICAGO, )
INC., d/b/a QUICK COM CHICAGO, and )
RAMSEY NATOUR, individually and d/b/a )
U.S. MOBILE, INC., QUICK COMM, INC. )
a/k/a QUICK COM, INC., QUICK COM II, )
INC.,   QUICK   COM   CELLULAR )
CORPORATION  and/or  QUICK  COM )
CHICAGO,                        )
                                )
                    Defendants. )

**STIPULATED ORDER**

Plaintiff, PLATINUMTEL COMMUNICATIONS, LLC, and Defendants, ZEFCOM,

LLC d/b/a TELISPIRE, U.S. MOBILE, INC., and EZ STREAM, INC., having stipulated to the

conditions set forth below, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1)    EZ Stream and U.S. Mobile and their subsidiaries, sister corporations, parent
       corporations, principals, officers, directors, affiliates, successors and assigns agree
       as follows:

       (a)    To disclose clearly, accurately and conspicuously on their respective
              websites, flyers and/or packaging materials accompanying any sale of pre-

paid cards and/or telephones, within their control, the terms and conditions of the sale of any pre-paid wireless services;

(b)    That those terms and conditions will disclose all material terms including: the respective website addresses of the defendants, the applicable customer service phone numbers, the terms of any refund policy, the value of the card or services in minutes, all rates, surcharges and fees applicable to the use of the services, and the terms of the expiration policy, if any;

(c)    To disclose clearly, accurately and conspicuously on their respective websites the details of each and every call made by their consumers such that each consumer can determine the accurate date, time and length of each call and the minutes remaining on his or her pre-paid account and that such detail will be posted on their respective websites within one (1) hour of receipt of that information from their respective service provider each call; and

(d)    To disclose on any prepaid cards sold their respective website addresses where the aforementioned information can be obtained.

(2)    EZ Stream shall make available the items specified in Paragraph 1(c) through each retail store that offers EZ Stream products or services and though its customer service line.

(3)    EZ Stream and U.S. Mobile shall make the disclosures in accordance with paragraph one (1) of this order within 30 days of the entry of this order.

(4)    EZ Stream and U.S. Mobile agree to adhere to and not deviate from the aforementioned terms and conditions and to give notice of any changes in their terms and conditions through website posting accessible through the Internet, or a written dealer posting at the point of sale, to their consumers a minimum of 48 hours prior to the change.

(5)    EZ Stream and U.S. Mobile further agree to file with this Court a certified statement within 14 days of the entry of this Stipulated Order identifying the methods employed to ensure that this order is being followed and that all prepaid wireless minutes are being debited in accordance with the terms and conditions.

(6)    Telispire agrees to review the disclosures posted by EZ Stream and U.S. Mobile pursuant to paragraph (1)(a) and (b) above for compliance with paragraph (1)(a) and (b) of this Stipulated Order, and to use commercially reasonable efforts to persuade EZ Stream and U.S. Mobile to comply with paragraph (1)(a) and (b), and report any violations of these provisions.

(7)     Telispire agrees to file with this Court a certified statement within 14 days of the entry of this Stipulated Order identifying the methods employed to comply with paragraph (6) of this order.

(8)     EZ Stream and U.S. Mobile further agree to file with this Court a certified statement every 30 days after the initial certified statement referenced in Paragraph 3 identifying the changes in rates, connection fees or other terms and conditions over the previous 30 days and the methods employed to ensure that this order has been followed.

(9)     Telispire further agrees to file with this Court a certified statement every 30 days after the initial certified statement referenced in Paragraph 7 setting forth its efforts to comply with paragraph (6) of this order.

(10)    Telispire represents that it currently does not have retail prepaid customers under its own brand in the Chicago market, and that, as of the date of this Stipulated Order, it does not have any present intention to sell retail prepaid service under its own brand in the Chicago market. Nothing in this order shall in any way restrict Telispire from selling retail prepaid service under its own brand in the Chicago market. In the event Telispire sells retail prepaid service under its own brand in the Chicago market, this Stipulated Order shall not apply to Telispire's retail branded services.

(11)    This Stipulated Order resolves the Emergency Motion for Preliminary Injunction filed by Plaintiff PlatinumTel Communications, LLC, but only as to those Defendants agreeing to this Order. By agreeing to this Stipulated Order, Defendants do not admit to any wrongdoing and do not admit any of the allegations of Plaintiff's Complaint or of the Motion for Preliminary Injunction. By agreeing to this Stipulated Order Plaintiff does not waive its right to seek other injunctive relief in the future.

(12)    This Stipulated Order shall remain in effect until the sooner of: (1) one year from the date of entry of this Order; or, (2) as to each Defendant individually, the date on which this action is resolved, absent further order of court. By agreeing to this provision of the Stipulated Order Plaintiff does not waive its right to seek an extension of this Stipulated Order.

AGREED:


_____          _____
John Mraibie, Attorney for Defendant,        Terri L. Mascherin, Attorney for Defendant,
EZ STREAM, INC.                              ZEFCOM, LLC d/b/a TELISPIRE

3

08C 1062

_____
John P. Lynch, Jr., Attorney for Plaintiff,
PLATINUMTEL COMMUNICATIONS, LLC

_____
Sam Natour, CEO
U.S. MOBILE, INC

ENTERED:

_____        3/19/2008
                Judge                       Date

MAR 1 9 2008

187186

4