**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 1062 |
| vs. | ) ) | Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT TELISPIRE'S MOTION**
**TO DISMISS ALL CLAIMS AGAINST TELISPIRE FOR FAILURE**
**TO STATE A CLAIM AND FAILURE TO PLEAD FRAUD WITH SPECIFICITY**

Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"), by its attorneys, respectfully moves this Court pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) to enter an order dismissing with prejudice each of the claims asserted against Telispire by plaintiff PlatinumTel Communications, LLC ("PlatinumTel") in Counts I through V of PlatinumTel's Complaint. PlatinumTel's claims against Telispire should be dismissed because PlatinumTel has failed to allege sufficient facts to support Counts I-V. In addition, each Count is based upon alleged fraud, and PlatinumTel has failed to plead any of the Counts with the specificity required under Rule 9(b). In support of this motion, Telispire submits its Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint.

2

Dated: March 27, 2008                                Respectfully submitted,

                                                                         ZEFCOM, LLC d/b/a TELISPIRE, INC.

                                                                         By:   s/  Terri L. Mascherin
                                                                                       One of its Attorneys

Terri L. Mascherin (6187735)
Daniel C. McMurtrie (6280602)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799