## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZEFCOM, LLC d/b/a TELISPIRE, )<br>TELISPIRE, INC, et al., )<br>)<br>Defendants. )<br>) | No. 08 CV 1062<br><br>Judge JOAN H. LEFKOW |

### **DEFENDANT TELISPIRE'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Hon. Joan H. Lefkow at the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois and present the attached **Motion to Dismiss**, at which time and place you may appear if you so desire.

Dated: March 27, 2008                                     Respectfully submitted,

                                                                                By:   s/ Terri L. Mascherin
                                                                                        One of Telispire's Attorneys

Terri L. Mascherin (6187735)
Daniel C. McMurtrie (6280602)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799