**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZEFCOM, LLC d/b/a TELISPIRE, )<br>TELISPIRE, INC, et al, )<br>)<br>Defendants. )<br>) | No. 08 CV 1062<br><br>Judge JOAN H. LEFKOW |

**DEFENDANT TELISPIRE'S NOTICE REGARDING AFFILIATED ENTITIES**

The undersigned counsel of record for Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"), hereby furnishes the following disclosure in compliance with Local Rule 3.2 of this Court.

1. Counsel represents Defendant ZefCom, LLC d/b/a Telispire®

2. ZefCom, LLC d/b/a Telispire® is owned by three members in the following percentages:

    a. National Rural Telecommunications Cooperative (72.375%)

    b. HTC Holding Company (19.125%)

    c. The Champion Telephone Company (8.5%).

3. No publicly held company owns 10% or more of ZefCom, LLC d/b/a Telispire® ("Telispire")

2

Dated: March 27, 2008                                   Respectfully submitted,

                                                        By:   s/ Terri L. Mascherin
                                                              One of Telispire's Attorneys

Terri L. Mascherin (6187735)
Daniel C. McMurtrie (6280602)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799