**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZEFCOM, LLC d/b/a TELISPIRE, ) <br> TELISPIRE, INC, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 08 CV 1062 <br><br> Judge JOAN H. LEFKOW |

### DEFENDANT TELISPIRE'S NOTICE OF FILING

Pursuant to the Parties' Stipulated Order, entered by the Court on March 19, 2008 (Docket entry No. 22), Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"), by and through its counsel, hereby files its Certification of Methods Employed to Comply With The Parties' Stipulated Order, attached hereto as Exhibit A.

Dated: April 2, 2008 

Respectfully submitted,

ZEFCOM, LLC d/b/a TELISPIRE, INC.

By:   s/ Daniel C. McMurtrie
        One of its Attorneys

Terri L. Mascherin (6187735)
Daniel C. McMurtrie (6280602)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I served the above and foregoing **Defendant ZefCom, LLC's d/b/a Telispire® ("Telispire's") Notice of Filing,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| **John P. Lynch, Jr.**<br>**Brian A. O'Gallagher**<br>**Jessica Lynn Lesniewski**<br>Cremer, Kopon, Shaughnessy & Spina<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601<br>(312) 726-3800<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>**Attorneys for Plaintiff PlatinumTel** | **John Mraibie**<br>Akram Zanayed & Associates<br>8550 S. Harlem, Ste. G<br>Bridgeview, IL  60455<br>(708) 237-9000<br>johnmazalaw@yahoo.com<br>**Attorney for EZ Stream Defendants**<br><br>*(Mr. Mraibie has not yet appeared in this matter, but was served with a copy of the above pleading via e-mail)* |
| **Ahmad Sulaiman**<br>Sulaiman & Associates<br>11015 South Harlem<br>Worth, IL 60660<br>(312) 656-8889<br>ahmad.sulaiman@sulaimanlaw.com<br><br>**Attorney for Defendant Ramsey Natour Entities** | |

By: __s/ _Daniel C. McMurtrie___