

April 1, 2008

To Whom It May Concern:

I, Curtis M. Knobloch, Chief Executive Officer of Zefcom, LLC dba Telispire, certify that the following audit process is place to review marketing collateral, packaging, end-user terms and conditions and web site verbiage:

- Monthly website audit
- Quarterly review of Point-of-Sale collateral
- Quarterly review of hardware packaging
- Bi-annual in-store evaluation (secret shopper)

These audits are in place to ensure that all customer touch-points properly disclose respective website address, applicable customer service telephone number(s), terms of any refund policy, value of PIN cards or service in minutes, all rates, surcharges and fees applicable to the use of the services, and the terms of the expiration policy(if any).

Thank you,

*Curtis M. Knobloch*

Curtis M. Knobloch
CEO
Telispire

Phone (940) 397-9600 • Fax (940) 397-9610 • www.telispire.com • 4309 Jacksboro Hwy., Suite G • Wichita Falls, Texas 76302