IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 08 CV 1062 ) ) Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al., | ) ) ) |
| Defendants | ) ) ) |

### DEFENDANT EZ STREAM'S NOTICE OF FILING

Pursuant to the Parties' Stipulated Order of March 19, 2008, Defendant EZ Stream, Inc., by and through its attorneys, hereby files its Certification of Methods Employed to comply with the Stipulated Order of March 19, 2008. See Exhibit A attached hereto.

Dated April 3, 2008                          Respectfully submitted,

                                             By:   /s/ Hanna Mraibie
                                                   One of EZ Stream's Attorneys

Akram Zanayed (6192587)
Hanna Mraibie (6275561)
Akram Zanayed & Associates
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000

## CERTIFICATE OF SERVICE

I, hereby certify that on April 3, 2008, I served the above and foregoing Defendant EZ Stream's NOTICE OF FILING, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John P. Lynch, Jr.<br>Brian A. O'Gallagher<br>Jesica Lynn Lesniewshi<br>Cremer, Kopon Shaughnessy & Spina<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, Il 60601<br>(312) 726-3800<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>Attorneys for Plaintiff | Ahmad Sulaiman<br>Suliman & Associates<br>11015 S. Harlem<br>Worth, Il 60660<br>(312)656-8889<br>ahmad.sulaiman@suliamanlaw.com<br><br><br><br>Attorney for Defendant Ramsey Natour |
| Terri L. Mascherin<br>Daniel C. McMurtrie<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, Il 60611<br>(312) 923-2799<br>dmcmurtrie@jenner.com<br>tmascherin@jenner.com<br><br>Attorneys for ZefCom, LLC d/b/a Telispire | |

By:  /s/ Hanna Mraibie