1880 W. FULLERTON
CHICAGO, IL 60614          EZSTREAM          PHONE 773-772-1212
                                            FAX: 773-772-8626

April 2, 2008

To Whom It May Concern:

I, Khaled Abualshaikh, President of EZ Stream, Inc., certify that that following
actions have been taken place to comply with the Stipulated Order of March 19,
2008:

1.    The company has created labels which will be affixed to all prepaid
phone cards and advertising materials, which will direct all consumers to
www.ezstreampcs.com for all terms and conditions regarding service with EZ Stream.

2.    The company is in the process of creating a "Terms and Conditions"
section on its website which will be accessible to all consumers and will include
the following information:

a.    EZ Stream's customer service number ;
b.    The terms of EZ Stream's refund policy;
c.    The value of prepaid phone cards sold by EZ Stream;
d.    All rates, surcharges and fees that will be charged by EZ Stream
for services; and
e.    The expiration policy of all prepaid phone cards.

3.    All stores that distribute EZ Stream products have been advised by
EZ Stream to provide any consumer that requests a printout of their prepaid phone
usage to provide a copy of said printout to the consumer. In the event that the
store is not able to provide a printout the store is directed to inform the
consumer to contact EZ Stream via its Customer Service number to obtain a printout.

4.    The company will also perform monthly system audits to verify that
all charges that are incurred by EZ Stream consumers during the previous month are
in compliance with the rates, surcharges and fees as advertised on the company
website and advertising materials.

Thank you,

Khaled Abualshaikh
President
EZ Stream, Inc.