IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZEFCOM, LLC d/b/a TELISPIRE, ) <br> TELISPIRE, INC, et al., ) <br> ) <br> Defendants ) <br> ) | No. 08 CV 1062 <br><br> Judge JOAN H. LEFKOW |

### DEFENDANT EZ STREAM'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE, that on Thursday, April 10, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Hon. Joan H. Lefkow at the Courtroom usually occupied by her at 219 S. Dearborn St., Chicago, Illinois and present the attached Motion to Dismiss, at which time and place you may appear if you so desire.

Dated April 3, 2008

                                         Respectfully submitted,

                                         By:   s/ Hanna Mraibie
                                               One of EZ Stream's Attorneys

Akram Zanayed (6192587)
Hanna Mraibie (6275561)
Akram Zanayed & Associates
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000