# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Platinumtel Communications LLC

                    Plaintiff,

v.

Zefcom LLC, et al.

                    Defendant.

Case No.: 1:08−cv−01062
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/10/2008. Scheduling Conference set for 5/29/2008 at 09:30 AM. Response to motion of defendant EZ Stream, Inc. to dismiss [31], [32], [33] due by 4/24/2008; reply due by 5/8/2008; ruling will issue by mail. Oral motion of defendant U.S. Mobile, Inc. to answer or otherwise plead by 4/24/2008 is granted. If motion to dismiss is filed, it shall be accompanied by an agreed briefing schedule.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.