JPL/BAO/JLL                                                              526-1-8

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PLATINUMTEL   COMMUNICATIONS,)
LLC,                          )
                              )
            Plaintiff,        )
                              )
v.                            )    Court No.:  08 CV 1062
                              )
ZEFCOM,  LLC  d/b/a  TELISPIRE,)
TELISPIRE, INC., U.S. MOBILE, INC., EZ)
STREAM, INC., QUICK COM, INC., QUICK)
COM II, INC., QUICK COM CELLULAR)
CORPORATION, EZ COM, CHICAGO,)
INC., d/b/a QUICK COM CHICAGO, and)
RAMSEY NATOUR, individually and d/b/a)
U.S. MOBILE, INC., QUICK COMM, INC.)
a/k/a QUICK COM, INC., QUICK COM II,)
INC., QUICK COM CELLULAR)
CORPORATION and/or QUICK COM)
CHICAGO,                      )
                              )
            Defendants.       )

## NOTICE OF FILING

**TO:**   All Counsel of Record
          (See Attached Service List)

    PLEASE TAKE NOTICE that on the 30th day of April, 2008, there was filed with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division, on behalf of Plaintiff, Platinumtel Communications, LLC, its Amended Complaint and this Notice of Filing.

                              CREMER, KOPON, SHAUGHNESSY & SPINA, LLC,


                              By:_____/s/John P. Lynch, Jr._____
                                        Attorneys for Plaintiff

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
191573

## **PROOF OF SERVICE**

I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.

/s/ John P. Lynch, Jr.

CKSS File # 526-1-8
Attorneys for Plaintiff

## SERVICE LIST

*Platinumtel Communications, LLC v. ZEFCOM, LLC, et al.*
Court No.: 08 CV 1062

**Attorneys for EZ Stream**
John Mraibie
Akram Zanayed and Associates
2342 N. Damen Avenue
Chicago, Illinois 60647
T: (773) 772-1600
F: (773) 772-0030

**Attorneys for ZEFCOM, LLC d/b/a TELISPIRE**
Terri L. Mascherin
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
T: (312) 222-9350
    (312) 923-2799 (Direct)
F:  (312) 840-7799

**U.S. Mobile, Inc**
Thomas  F. Courtney, Jr.
Thomas F. Courtney & Associates, P.C.
7000 W. 127th Street
Palos Heights, Illinois 60463
T: (708) 448-4400
F: (708) 448-9534

Updated: 4/28/08