JPL/BAO/JLL                    Firm I.D. 33179                    526-1-8-38

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL    COMMUNICATIONS, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO, )<br><br>Defendants. ) | Court No.: 08 CV 1062 |

**Affidavit of Omar M. Aqel**

Omar M. Aqel, being first duly sworn on his oath, deposes and states as follows:

1.    I am currently employed as the Vice President of PlatinumTel Communications LLC (hereinafter referred to as "PlatinumTel") and have held that position since PlatinumTel began operating in 2002.

2.    PlatinumTel is in the business of providing pre-paid wireless services. As part of those services, PlatinumTel sells cellular phones and rate plans that allow consumers to use cell phones on a "pay as you go" basis. Under the "pay as you go" structure, a consumer pays a fixed fee and in return obtains a set number of minutes of cellular phone service. For example, under



PlatinumTel's basic "starter plan", a consumer will obtain 250 minutes of cell phone use over 30 days (plus unlimited cell phone minutes on nights and weekends) in exchange for a payment of $35.00.

3.    PlatinumTel has a direct contract with Sprint PCS that enables PlatinumTel to support the wireless services PlatinumTel sells to consumers through Sprint's nationwide cellular network.

4.    Although PlatinumTel has the capacity to provide services to consumers on a nationwide basis, the majority of PlatinumTel's customers reside in the Chicago metropolitan area. PlatinumTel markets its products and services in a number of retail stores located in and around Chicago.

5.    During 2005, PlatinumTel became aware that a new business entity known as "EZ Stream" (hereinafter referred to as "EZ") was selling pre-paid wireless services in the Chicago area. During 2006, PlatinumTel became aware that a new business entity known as "US Mobile PCS" (hereinafter referred to as "US") was also selling pre-paid wireless services in the Chicago area.

6.    On information and belief, the services EZ and US sell are supported by a company known as Telispire. Telispire, like PlatinumTel, has a direct contract with Sprint that allows Telispire to support the consumer services sold on its behalf through Sprint's nationwide cellular network.

7.    Through its sales force and its contacts with retailers of wireless services in the Chicago area, PlatinumTel learned information regarding the rate plans that EZ and US were selling. Based on PlatinumTel's general knowledge of the industry and specific knowledge regarding the cost of supporting wireless services through Sprint, PlatinumTel did not believe it

was possible for EZ and US to actually charge the rates they claimed to charge. Essentially, EZ and US were selling "pay as you go" cell phone plans at below market rates. PlatinumTel knew the cost of obtaining support through Sprint would essentially make it impossible for EZ or US to make a profit if they were actually providing the minutes they claimed to provide for the prices they were charging. For example, attached to this Affidavit, as **Exhibit A** is a copy of an advertising flier EZ has distributed to retailers in the Chicago area. It claims that EZ is selling 100 minutes of cell phone use during peak hours, plus unlimited cell phone use on nights and weekends, for $5.00.

8.    Based on these suspicions, PlatinumTel conducted an investigation of the services provided by EZ and US. Four PlatinumTel employees, Aracely Morales, Areej Malley, Nadia Deeb and Naheel Hinnawi purchased cell phones and rate plans marketed by EZ and US. Thereafter, PlatinumTel timed the calls made to and from the phones to see if EZ and US were accurately reporting the length of the calls that were made using their products.

9.    For $50.00, the PlatinumTel employees purchased a phone from EZ that was assigned the cellular phone number of (773) 559-1140. For $60.00, the PlatinumTel employees purchased a phone from EZ that was assigned the cellular phone number of (773) 494- 4532. For $90.00, the PlatinumTel employees purchased a phone from EZ that was assigned the cellular phone number of (773) 665- 8063. All three phones were purchased on November 21, 2007 from the Phone Plus store at 2454 S. California Avenue in Chicago, Illinois. A receipt for the purchase of the phones is attached hereto as **Exhibit B.**

10.    Between December 27, 2007 and January 30, 2008, certain calls were made between the (773) 494- 4532 number and another cellular phone a PlatinumTel employee maintained through T-Mobile.

3

11.    EZ maintains a website that shows EZ's records as to the length of calls that were made using EZ's wireless services.  Retail dealers of EZ products can access this website.  Only with the assistance of a dealer of EZ's products, a consumer of EZ's services can use this website to monitor how many usage minutes have been expended under the phone or rate plan the consumer has purchased.  T-Mobile maintains a website (which consumers can access directly without a dealer's assistance) that shows the length of calls made to or from a T-Mobile phone.

12.    PlatinumTel checked the websites maintained by EZ and T-Mobile in order to see what each company had recorded as to the length of the calls between the (773) 494- 4532 number provided by EZ and the T-Mobile phone.

13.    After checking these records, it was clear that EZ had overstated the length of seven separate calls.  The seven calls in question had an actual duration of approximately 59 minutes.  EZ's website indicated that these calls had expended 90 minutes of cellular service.  As part of its usage terms and conditions, EZ charges a one-minute per call connection fee (regardless of the call's actual length).   Since 7 calls were made, the one-minute per call connection fee should have only added 7 minutes to the 59 minute actual duration of the calls.  Thus, EZ's records should have shown a maximum of 66 minutes was expended for the seven calls in question.  Instead, as noted above, EZ's website showed 90 minutes were expended, which made a total overcharge of 24 minutes.  EZ's website recorded the times for the individual calls as follows: a call that lasted 11 minutes was shown as lasting 16 minutes; two calls that lasted 4 minutes and 23 seconds each were both shown as lasting 8 minutes; one call that lasted 4 minutes and 47 seconds was shown as lasting 8 minutes; one call that lasted 8 minutes and 18 seconds was shown as lasting 14 minutes; one call that lasted 7 minutes and 14 seconds was shown as lasting 12 minutes; and, one call that lasted 15 minutes and 16 seconds was shown as

lasting 24 minutes.

14.    Attached to this affidavit as **Exhibit C** is a copy of the page from EZ's website that shows EZ's records as to the purported length of the calls described in paragraph 13. Attached to the affidavit as **Exhibit D** is a copy of the page from T-Mobile's website that shows T-Mobile's records as to the length of the calls described in paragraph 13.  Attached to this affidavit as **Exhibit E** is a spreadsheet prepared by PlatinumTel that summarizes the discrepancy in the records and calculates what PlatinumTel believes to be the overcharge by EZ on the seven calls in question.

15.    Platinum's investigation also revealed that EZ inaccurately calculated the minutes in connection with nine calls that were made between November 29, 2007 and December 10, 2007 using the phone with the (773) 494- 4532 number.  The nine calls in question lasted a total of approximately 24 minutes.   However, EZ's website indicated that 46 minutes were used during these calls. Even after EZ's one-minute per call connection fee is factored in, a maximum amount of 33 minutes should have been expended in connection with the calls. Attached to this affidavit as **Exhibit F** is a copy of the page from EZ's website that shows EZ's records as to the purported length of the nine calls described in this paragraph.  Attached to this affidavit as **Exhibit G** is a spreadsheet prepared by PlatinumTel that shows (1) when each of the nine calls was made, (2) the actual length of each call and (3) the length of the call as shown by EZ's website.

16.    As part of its investigation, PlatinumTel also examined EZ's records concerning the length of calls placed to and from the phone that had number (773) 559-1140.  EZ's website shows that on November 27, 2007, two calls were made from the (773) 559-1140 number within a very short time of each other.   The first call was commenced at 12:13:04 p.m.  The second call

was commenced at 12:14:48, which is 1 minute and 44 seconds after the first call was commenced. EZ's website showed that 4 minutes were expended with each call (see attached **Exhibit H**). Even factoring in EZ's one-minute per call connection fee, EZ's recording of the minutes that were expended on the first call cannot be correct. The first call lasted a maximum of 1 minute and 44 seconds, but EZ's records show 4 minutes being used.

17.    PlatinumTel employee Areej Malley called EZ's customer service line to protest EZ's calculation of minutes used for the call made at 12:13:04 p.m on November 27, 2007. Ms. Malley was put in contact with a woman named "Marlene" who represented she was a "manager" at EZ. Ms. Malley explained to Marlene that EZ's calculation of the minutes used for the call in question was clearly inaccurate. Marlene directed Ms. Malley to take up the matter with Sprint and also indicated that she would send an e-mail to Sprint regarding the billing error. Ms. Malley asked to speak to Marlene's superior but Marlene indicated she was the only person present in customer service office. Ms. Malley asked if she could leave a voice mail message for EZ's owner, but Marlene indicated EZ's owner did not have a voice mailbox.

18.    As part of its investigation, PlatinumTel also examined EZ's records concerning the length of calls placed to and from the phone that had number (773) 655-8063. Attached to this affidavit as **Exhibit I** is a copy of a page from EZ's website that purports to show the minutes used by this phone during the period of November 23, 2007 to December 11, 2007. PlatinumTel monitored the actual duration of the calls made using the phone during this time period. EZ's website overstated the minutes used on a total of seventeen calls that were made during that time period. The actual duration of the seventeen calls was 64 minutes. Even including EZ's one minute per call connection fee, the maximum amount of minutes used in connection with the seventeen calls should have been 82 minutes. EZ's website inaccurately

showed 102 minutes were used in connection with the seventeen calls.  Attached to this affidavit as **Exhibit J** is a spreadsheet prepared by PlatinumTel that shows (1) when each of the seventeen calls was made, (2) the actual length of each call and (3) the length of the call as shown by EZ stream's website.

19.    In addition to the conversation described in paragraph 15 above, PlatinumTel's employees have contacted EZ's customer service department on several occasions to complain about the overcharging described above.    On each occasion, EZ's customer service representatives insisted that no overcharging was taking place.

20.    As noted above, PlatinumTel also conducted an investigation of the services provided by US.  A PlatinumTel employee purchased a cellular phone from US that was assigned the cellular phone number of (773) 953-3761.  It was represented to PlatinumTel that 250 minutes of cell phone access during peak hours accompanied the purchase of the phone.

21.    US maintains a website where a consumer of US's services can monitor how many minutes have been used under the phone or plan purchased from US.  As of January 11, 2008, US's website showed 146 minutes were remaining from the 250 minutes that were originally included in the purchase of the phone with the (773) 953-3761 number.

22.    During the period between December 20, 2007 and January 11, 2008, a total of 15 calls were made to or from the (773) 953-3761 number.  Those calls lasted a maximum of 33 minutes.  The US plan also has a "one minute daily connection fee."  Between December 20, 2007 and January 11, 2008, the maximum daily connection fee that could be charged was 23 minutes (one minute per day).  Combining the 23 minute daily connection fee with the 33 minutes of actual usage, US's records should have shown a maximum of 56 minutes used under the plan for the time period between December 20, 2007 and January 11, 2008.  Deducting the

56 minutes used from the 250 minutes purchased should have left a balance of 194 available minutes.

23.    Instead however, as of January 11, 2008, US's website showed a total of 146 available minutes left for the number (see copies of pages from US's website that were printed on January 11, 2008 attached hereto as **Exhibit K)**. Therefore, US deducted 48 more minutes than it should have from the plan during the period between December 20, 2007 and January 11, 2008. Attached to this affidavit as **Exhibit L** is a spreadsheet prepared by PlatinumTel that shows the calls that were made from to from the (773) 953-3761 number between the December 21, 2007 and January 11, 2008 and the proper calculation of the declining balance that should have been made by US.

24.    Also as a part of its investigation, a PlatinumTel employee purchased a separate phone from US and was assigned the cellular phone number of (773) 953-3715. 250 minutes of use during peak hours were included with the purchase.

25.    For the period of December 20, 2007 to January 19, 2008, PlatinumTel monitored the calls made to and from the (773) 953-3715 number. During this period, only 8 calls were made and these calls had a combined duration of 14 minutes. The maximum daily connection fee that could be charged during this period was 31 minutes (one minute per day). Thus, the combined total of minutes that could be deducted from the minutes purchased was 45. However, as of January 19, 2008, US's website showed a balance of only 150 minutes remaining in the plan, indicating that 100 minutes had been deducted. Thus, US overstated the deduction by over 50 minutes.

26.    As noted above, EZ and US can only provide their services through Telispire, because Telispire has contractual access to Sprint's nationwide cellular network.

27.    I have alerted Telispire to the fact that EZ and US are overstating the minutes used in the plans that EZ and US are selling to consumers.  On December 12, 2007, I wrote to Telispire representative Curtis Knobloch regarding this issue and supplied him with documentation demonstrating the inaccurate billing practices that are being employed by EZ and US.  As of the date of this affidavit, neither Mr. Knobloch nor anyone else at Telispire has indicated to me that Telispire is taking any steps to halt the inaccurate billing practices employed by EZ and US.

28.    The inaccurate billing practices described above are enabling EZ and US to represent to consumers in the Chicago metropolitan area that EZ and US can provide pre-paid wireless services at prices that PlatinumTel cannot match.  In practice however, EZ and US are overstating the minutes their customers use so EZ and US do not ultimately provide cell phone minutes at the prices they claim to provide them.  In this manner, EZ and US are charging higher rates than they claim to charge.

29.    In addition to the non-standard rates EZ and US claim to charge, they also sell rate plans without requiring the initial purchase of a phone.  I have never known any company in the wireless service industry besides US and EZ to sell minutes without first requiring the purchase of a phone.  I believe at least one reason US and EZ do this is to motivate existing PlatinumTel customers to switch over to rate plans provided by US and EZ.  Since the wireless services marketed by US and EZ are (like those sold by PlatinumTel) ultimately supported by Sprint, it is possible to alter phones that were initially sold by PlatinumTel so that they become compatible with rate plans sold by US and/or EZ.

30.    The false representations EZ and US have made regarding the price of their services have enabled them to acquire a substantial share of the market for pre-paid wireless

services that exists in the Chicago area. The share of this market that has been acquired by EZ and US has caused PlatinumTel's market share to decrease dramatically.

31.    After years of investment and building a reputation of providing high quality pre-paid wireless services, PlatinumTel became a leading prepaid wireless provider in the United States. However, since the entry of EZ and US into this prepaid market, and their employment of fraudulent advertising in their marketing plans, PlatinumTel's revenue and profitability have declined considerably. PlatinumTel posted substantial, seven-figure losses in 2005 and 2006 as a result of this illegal activity and has significantly reduced its work force as a consequence.

32.    In my opinion, the presence of EZ and US in the market, and their deceptive representations as to the price of the services they provide, is responsible for all or most of the drop off in sales revenue PlatinumTel has experienced. Every day that EZ and US remain in business and continue to make false representations about the price of the wireless services they provide causes PlatinumTel to suffer additional injury.

33.    On information and belief, Ramsey Natour owns and operates US as a corporation or a sole proprietorship. Our investigation suggests that the company may be dissolved. On information and belief, Ramsey Natour also owns and operates the "Quick Com entities" referenced in the complaint filed in this action as corporations or sole proprietorships. Our investigation suggests that many or all of the Quick Com entities are dissolved corporations.

34.    I am an adult over the age of eighteen, have reviewed the COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF filed herein, along with this affidavit, in detail and hereby attest that the factual statements contained therein are true and accurate to the best of my knowledge.

FURTHER AFFIANT SAITH NOT.

_____
Omar M. Aqel

SUBSCRIBED and SWORN to before me this

15 day of February_____, 2008.

_____
Notary Public

```
OFFICIAL SEAL
MARGARET FURCZON
Notary Public - State of Illinois
My Commission Expires Apr 13, 2010
```

526-1\#184415.doc



    

**$20**
Sanyo 4700
Speakerphone

**$35**
Samsung A460
Flip Phone

**$60**
Sanyo 5300
Camera

**$65**
LG 5225
Color Display

**$75**
Samsung A620
Camera w/ Flash

# LOWEST PRICES!

## Starter Card Promotion

# 100 Minutes
# Free Nights & Weekends
# $5
# PHONE PURCHASE NOT REQUIRED!
# (888) 845-4729

**EXHIBIT**

tabbies

_A_

Customer Receipt



*cell phones R us !*

| | |
|---|---|
| Invoice #: | 6716 |
| Invoice Date: | 11/21/2007 5:42:11 PM |
| Store: | PHONE PLUS INC  2454 S CALIFORNIA AVE<br>CHICAGO, IL 60608<br>Phone: (773) 247-7722<br>Fax: (773) 247-7744 |
| Sales Rep: | A. IHAB |

Invoice Type:  Pre-Paid Activation

Customer Information:
prepaid customer
2454 s california
CHICAGO, IL 60608

Home Phone: (773) 012-1230
Work Phone:
Mobile Phone: (773) 012-1230

| Item | ESN # | Price ($) | Sales Tax ($) |
|---|---|---|---|
| LG EZ STREAM LG 1200 | 06812667074 | 50.00 | EXEMPT |
| Mobile Number: 7735591140   Contract: 0 Years<br>EZ STREAM PREPAID | | | |
| MOTOROLA C290 | 02702380299 | 60.00 | EXEMPT |
| Mobile Number: 7734944532   Contract: 0 Years<br>EZ STREAM PREPAID | | | |
| SANYO 8300 EZ STREAM | 00408331251 | 90.00 | EXEMPT |
| Mobile Number: 7736558063   Contract: 0 Years<br>EZ STREAM PREPAID | | | |

| | |
|---|---|
| Subtotal: | $200.00 |
| Tax: | $0.00 |
| Total: | $200.00 |
| Amount Tendered: | $200.00 |
| ChangeDue: | $0.00 |

| Payment Type | Amount | PaymentDate | Employee Who Entered Payment | Comment |
|---|---|---|---|---|
| Cash | $200.00 | 11/21/2007 5:47:05 PM | A. IHAB | |

| | |
|---|---|
| Total Non-Terms Payments: | **$200.00** |
| Total Returned in Credit Memos: | **$0.00** |
| Total Currently Due: | **$0.00** |

2 LOCATIONS TO SERVE YOU BETTER : 2871 W CERMAK RD, CHICAGO, IL 60623 TEL 773-376-1600 2454 S
CALIFORNIA AVE, CHICAGO, IL 60608 TEL 773-247-7722

© 2006 Data Guard Systems, Inc. All rights reserved. Data Guard Systems Proprietary and Confidential
Terms of Use can be found at http://www.dataguardsystems.com

**EXHIBIT**

*B*



## EZ STREAM MAINTENANCE AND RESOURCE TOOL

ACTIVATE ACCOUNT

LOOK UP ACCOUNT

REPORTS

**LOOKUP ACCOUNT**

Welcome, ██████████ ! | Logout
Dealer Bank Balance: ██████

**Phone No:** (773)494-4532

**Subcriber Usage Details:** 12/27/2007 to 01/30/2008

| Call Date | Call Time | Called To | Called From | Minutes Used |
|-----------|-----------|-----------|-------------|--------------|
| 12/27/2007 | 09:52:54 AM | (708)307-5607 | (773)494-4532 | 3 |
| 12/27/2007 | 10:58:28 AM | (708)307-5607 | (773)494-4532 | 16 |
| 12/27/2007 | 01:08:30 PM | (708)307-5607 | (773)494-4532 | 3 |
| 01/11/2008 | 11:10:54 AM | (773)494-4532 | (708)307-5607 | 3 |
| 01/11/2008 | 11:13:00 AM | (708)307-5607 | (773)494-4532 | 3 |
| 01/11/2008 | 01:19:12 PM | (773)494-4532 | (708)307-5607 | 5 |
| 01/14/2008 | 11:44:32 AM | (708)307-5607 | (773)494-4532 | 4 |
| 01/14/2008 | 02:20:33 PM | (708)307-5607 | (773)494-4532 | 2 |
| 01/14/2008 | 02:28:54 PM | (708)307-5607 | (773)494-4532 | 4 |
| 01/28/2008 | 01:48:08 PM | (708)466-7681 | (773)494-4532 | 2 |
| 01/28/2008 | 01:50:59 PM | (708)636-3113 | (773)494-4532 | 4 |
| 01/28/2008 | 01:54:50 PM | (708)839-4100 | (773)494-4532 | 4 |
| 01/28/2008 | 02:12:03 PM | (708)307-5607 | (773)494-4532 | 3 |
| 01/28/2008 | 02:13:56 PM | (708)698-4112 | (773)494-4532 | 4 |

**EXHIBIT**
C

1/30/2008 3:07 PM

| | | | | |
|---|---|---|---|---|
| 01/28/2008 | 02:23:41 PM | (708)415-1130 | (773)494-4532 | 4 |
| 01/28/2008 | 04:21:09 PM | (708)499-1999 | (773)494-4532 | 5 |
| ✳ 01/30/2008 | 12:20:59 PM | (708)307-5607 | (773)494-4532 | 8 |
| ✳ 01/30/2008 | 01:24:50 PM | (708)307-5607 | (773)494-4532 | 8 |
| ✳ 01/30/2008 | 01:34:34 PM | (773)494-4532 | (708)307-5607 | 8 |
| ✳ 01/30/2008 | 01:53:17 PM | (708)307-5607 | (773)494-4532 | 14 |
| ✳ 01/30/2008 | 02:04:00 PM | (708)307-5607 | (773)494-4532 | 12 |
| ✳ 01/30/2008 | 02:14:24 PM | (708)307-5607 | (773)494-4532 | 24 |

**Total Minutes:** 143

Copyright 2006 EZSTREAM Inc. All Rights Reserved

EZSmart Version 1.0.0.10 - Date:03/03/06

My T-Mobile    https://my.t-mobile.com/my/Mobile/Bill...10000&app=...

Return to T-Mobile.com



Not your phone?    Tour My T-Mobile

# My T··Mobile·

Hello: NAHEEL HINNAWI
708.307.5607

⟩ View my profile   | Logout



ASK T-MOBILE

 MINUTES USED

**CURRENT BALANCE**

Total due by 12/20/07

Account number:  273080503          Mobile number:  (708) 307-5607

$162.98   PAY NOW

Unbilled services and charges displayed reflect total usage for the entire shared account rather than
for your individual line.

Current balance due may not reflect
recently made payments

Summary of Unbilled Services as of:   12/27/07 10:58:44 AM

( Start Date 12/24/07 - End Date: 01/23/08 )

**Paperless Billing**

⟩ Update your Paperless Billing
preferences

| Feature | Time Period | Type | Included | Used | Remaining |
|---|---|---|---|---|---|
| Text Messages | Whenever | Messages | Unlimited | 128.0 | Unlimited |
| Call Forward Conditional | Whenever | Minutes | 500.0 | 0.0 | 500.0 |
| T-Mobile to T-Mobile | Whenever | Minutes | Unlimited | 99.0 | Unlimited |
| Picture Messages | Whenever | Messages | Unlimited | 3.0 | Unlimited |
| Use Them Or Lose Them | Off Peak | Minutes | Unlimited | 300.0 | Unlimited |
| Use Them Or Lose Them | Week End | Minutes | Unlimited | 0.0 | Unlimited |
| Incl Minutes | Whenever | Minutes | 2000.0 | 101.0 | 1899.0 |

**FREQUENTLY ASKED QUESTIONS**

How do I read my bill?

How do I update my billing address?

How can I pay my bill?

Additional help >

Unbilled charges exceeding your rate plan

| Category | Units | Amount |
|---|---|---|
| Messages | 8.0 | $1.20 |
| **Total unbilled charges exceeding your rate plan:** | | **$1.20** |

The "Charges Exceeding Your Rate Plan" section is intended to reflect charges in addition to your
monthly recurring charge for your plan such as overage, roaming, long distance, and directory
assistance charges. Taxes and fees, downloaded materials, roadside assistance, equipment
protection, and other such charges are excluded. Some charges, such as roaming, may be delayed
and may appear in subsequent bill cycles.

View your current plan.

Long Distance, Roaming, Overage and International Charges

Activity Details for (708) 307-5607

| Date | Destination | Time | Number | Call Type | Minutes |
|---|---|---|---|---|---|
| 12/27/07 | INCOMING | 10:59 AM | 773-494-4532 | | 11 |
| 12/27/07 | INCOMING | 9:53 AM | 773-494-4532 | | 2 |
| 12/27/07 | CHICAGO, IL | 9:24 AM | 312-327-1910 | | 2 |
| 12/27/07 | INCOMING | 8:43 AM | 708-415-1130 | (F) | 1 |
| 12/26/07 | INCOMING | 5:04 PM | 708-415-1130 | (F) | 2 |
| 12/26/07 | TINLEYPARK IL | 5:35 PM | 708-307-5607 | (F) | 1 |
| 12/26/07 | HINSDALE IL | 5:05 PM | 708-912-2033 | (F) | 1 |
| 12/26/07 | HARVEY, IL | 4:32 PM | 708-439-8755 | (F) | 1 |
| 12/26/07 | HARVEY, IL | 4:31 PM | 708-429-8786 | (F) | 1 |
| 12/26/07 | HARVEY, IL | 4:31 PM | 708-439-8786 | (F) | 1 |
| 12/26/07 | HARVEY IL | 4:31 PM | 708-494-8786 | (F) | 1 |
| 12/26/07 | 1-866-# | 3:26 PM | 866-892-2919 | | 9 |
| 12/26/07 | CHICAGO IL | 1:09 PM | 773-793-5968 | | 1 |
| 12/26/07 | CHICAGO IL | 1:09 PM | 773-793-5968 | | 1 |
| 12/26/07 | CHICAGO, IL | 1:09 PM | 773-793-5968 | | 1 |
| 12/26/07 | 1-866-# | 12:05 PM | 866-939-9222 | | 3 |
| 12/26/07 | 1-800-# | 12:03 PM | 866-892-2919 | | 2 |
| 12/26/07 | 1-866-# | 11:57 AM | 866-892-2919 | | 1 |
| 12/26/07 | 1-866-# | 11:57 AM | 866-892-2919 | | 1 |
| 12/26/07 | CHICAGO, IL | 11:58 AM | 773-626-1160 | | 1 |
| 12/26/07 | INCOMING | 11:32 AM | 888-225-8601 | | 1 |

EXHIBIT
tabbies

D

12/27/2007 12:52 PM

Print/View complete bill                                        https://ebill.t-mobile.com/myTMobileUser/allowed=2000&app=U...

T

This print out of your online T-Mobile invoice is provided for informational purposes only and may not reflect all your current charges. Your actual T-Mobile invoice will be sent in the mail to the address you have provided for billing purposes. Contact Customer Care to obtain an official copy of your invoice. From your T-Mobile phone, dial 611 free of charge. From all other phones, dial 1-800-937-8997 toll free.

Print    Close Window

Summary of Unbilled Services                                ( Start Date: 01/24/08 - End Date: 02/23/08 )

| Feature | Time Period | Type | Included | Used | Remaining |
|---|---|---|---|---|---|
| Text Messages | Whenever | Messages | Unlimited | 208.0 | Unlimited |
| Call Forward Conditional | Whenever | Minutes | 500.0 | 0.0 | 500.0 |
| T-Mobile to T-Mobile | Whenever | Minutes | Unlimited | 226.0 | Unlimited |
| Use Them Or Lose Them | Off Peak | Minutes | Unlimited | 224.0 | Unlimited |
| Use Them Or Lose Them | Week End | Minutes | Unlimited | 431.0 | Unlimited |
| Incl Minutes | Whenever | Minutes | 2000.0 | 196.0 | 1804.0 |

Unbilled charges exceeding your rate plan

| Category | Units | Amount |
|---|---|---|
| Messages | 22.0 | $3.30 |
| Total unbilled charges exceeding your rate plan: | | $3.30 |

The "Charges Exceeding Your Rate Plan" section is intended to reflect charges in addition to your monthly recurring charge for your plan such as overage, roaming, long distance, and directory assistance charges. Taxes and fees, downloaded materials, roadside assistance, equipment protection, and other such charges are excluded. Some charges, such as roaming, may be delayed and may appear in subsequent bill cycles.

Local Airtime, Long Distance and International Charges

| Date | Destination | Time | Number | Call Type | Minutes |
|---|---|---|---|---|---|
| 1/30/08 | INCOMING | 2:14 PM | 773-494-4532 | | 16 |
| 1/30/08 | INCOMING | 2:04 PM | 773-494-4532 | | 8 |
| 1/30/08 | INCOMING | 1:53 PM | 773-494-4532 | | 9 |
| 1/30/08 | CHICAGO, IL | 1:34 PM | 773-494-4532 | | 5 |
| 1/30/08 | INCOMING | 1:25 PM | 773-494-4532 | | 5 |
| 1/30/08 | VM Retrieval | 12:34 PM | 123 | (F) | 1 |
| 1/30/08 | INCOMING | 12:21 PM | 773-494-4532 | | 5 |
| 1/30/08 | LA GRANGE, IL | 12:08 PM | 708-698-4112 | | 1 |
| 1/30/08 | INCOMING | 11:43 AM | 708-698-4112 | | 1 |
| 1/30/08 | ORLAND, IL | 9:13 AM | 708-645-7361 | | 3 |
| 1/30/08 | TINLEYPARK, IL | 8:24 AM | 708-802-3745 | (F) | 1 |
| 1/30/08 | LA GRANGE, IL | 8:18 AM | 708-415-1130 | (F) | 1 |
| 1/29/08 | INCOMING | 11:23 PM | 708-415-8171 | (F) | 2 |
| 1/29/08 | INCOMING | 11:15 PM | 708-415-8171 | (F) | 5 |
| 1/29/08 | LA GRANGE, IL | 11:04 PM | 708-415-1130 | (F) | 1 |
| 1/29/08 | SUMMIT, IL | 10:52 PM | 708-372-2386 | | 1 |
| 1/29/08 | LA GRANGE, IL | 10:49 PM | 708-698-4112 | | 1 |
| 1/29/08 | INCOMING | 10:38 PM | 708-698-4112 | | 2 |
| 1/29/08 | INCOMING | 10:30 PM | 708-912-2333 | (F) | 3 |
| 1/29/08 | INCOMING | 10:24 PM | 708-802-3745 | (F) | 1 |
| 1/29/08 | TINLEYPARK, IL | 10:19 PM | 708-802-3745 | (F) | 1 |

Company: EZSTREAM        CTN: 773-494-4532
ESN: 2702380299

| Date | Call Time | Called To/From | Type of Call | Duration | Charge (in minutes) | Correct Charges (in minutes) |
|------|-----------|----------------|--------------|----------|---------------------|------------------------------|
| 12-27-07 | 10:58 AM | 708-307-5607* | Peak | 11 minutes | 16 | 12 |
| 01-30-08 | 12:21 PM | 708-307-5607 | Peak | 4:23 seconds | 8 | 6 |
| 01-30-08 | 1:24 PM | 708-307-5607 | Peak | 4:47 seconds | 8 | 6 |
| 01-30-08 | 1:34 PM | 708-307-5607 | Peak | 4:23 seconds | 8 | 6 |
| 01-30-08 | 1:53 PM | 708-307-5607 | Peak | 8:18 seconds | 14 | 10 |
| 01-30-08 | 2:04 PM | 708-307-5607 | Peak | 7:14 seconds | 12 | 9 |
| 01-30-08 | 2:14 PM | 708-307-5607 | Peak | 15:16 seconds | 24 | 17 |
|  |  |  | Totals | 59 | 90 | 66 |

A total of 59 actual minutes were used, EZSTREAM charged 90 minutes, and 66 were supposed to be charged according to the EZSTREAM billing system.



EXHIBIT

*E*



## EZSTREAM

### EZ STREAM MAINTENANCE AND RESOURCE TOOL

**ACTIVATE ACCOUNT**

**LOOK UP ACCOUNT**

**LOOK UP ACCOUNT**

**REPORTS**

Welcome, ▓▓▓▓▓▓ ! | Logout

Dealer Bank Balance: 

| LOOKUP SUBSCRIBER | ADD MINUTES | CHANGE ESN | RESET VM | CHANGE PHONE NO. | GET USAGE |

**Phone No:** (773)494-4532

**Subcriber Usage Details:** 11/22/2007 to 12/12/2007

| Call Date | Call Time | Called To | Called From | Minutes Used |
|-----------|-----------|-----------|-------------|--------------|
| 11/23/2007 | 04:10:11 PM | (773)241-9076 | (773)494-4532 | 2 |
| 11/26/2007 | 02:46:40 PM | (708)563-5915 | (773)494-4532 | 2 |
| 11/26/2007 | 02:48:48 PM | (708)563-5915 | (773)494-4532 | 4 |
| 11/26/2007 | 02:54:31 PM | (800)998-9802 | (773)494-4532 | 4 |
| 11/26/2007 | 03:00:18 PM | (708)563-5915 | (773)494-4532 | 2 |
| 11/26/2007 | 03:01:19 PM | (586)859-1148 | (773)494-4532 | 2 |
| 11/26/2007 | 05:34:29 PM | (888)788-3282 | (773)494-4532 | 2 |
| 11/27/2007 | 11:53:36 AM | (773)559-1140 | (773)494-4532 | 2 |
| 11/27/2007 | 11:58:54 AM | (773)655-8063 | (773)494-4532 | 4 |
| 11/28/2007 | 03:20:55 PM | (888)788-3282 | (773)494-4532 | 2 |
| 11/28/2007 | 04:45:10 PM | (888)845-4729 | (773)494-4532 | 4 |
| 11/28/2007 | 05:00:12 PM | (708)698-4112 | (773)494-4532 | 4 |
| ✳ 11/29/2007 | 09:12:20 AM | (708)415-1130 | (773)494-4532 | 4 |
| ✳ 11/29/2007 | 09:15:20 AM | (773)494-4532 | (708)415-1130 | 4 |

1 of 2



**EXHIBIT**

F

12/12/2007 2:07 PM

Company: EZSTREAM        CTN: 773-494-4532
ESN: 2702380299

| Date | Call Time | Called To/From | Type of Call | Duration | Charge (in minutes) | Correct Charges (in minutes) |
|------|-----------|----------------|--------------|----------|---------------------|------------------------------|
| 11/29/07 | 9:12:20 AM | 708-415-1130 | Peak | 1:30 seconds | 4 | 3 |
| 11/29/07 | 9:15:20 AM | 708-415-1130 | Peak | 1:57 seconds | 4 | 3 |
| 11/29/07 | 10:56:49 AM | 773-655-8063 | Peak | 52 seconds | 4 | 2 |
| 11/29/07 | 11:01:06 AM | 773-655-8063 | Peak | 52 seconds | 4 | 2 |
| 11/29/07 | 1:12:54 PM | 708-698-4112 | Peak | 58 seconds | 4 | 2 |
| 12/07/07 | 3:45:13 PM | 773-655-8063 | Peak | 1:32 seconds | 4 | 3 |
| 12/10/07 | 10:39:20 AM | 708-307-5607* | Peak | 1:25 seconds | 4 | 3 |
| 12/10/07 | 12:38:31 PM | 773-655-8063 | Peak | 1:44 seconds | 4 | 3 |
| 12/10/07 | 12:41:30 PM | 773-655-8063 | Peak | 10:30 seconds | 14 | 12 |
| | | | Totals | 24 | 46 | 33 |

A total of 24 actual minutes were used, EZSTREAM charged 46 minutes, and 33 were supposed to be charged according to the EZSTREAM billing system.





**EZSTREAM**                    EZ STREAM MAINTENANCE AND RESOURCE TOOL

ACTIVATE ACCOUNT          LOOKUP ACCOUNT

LOOK UP ACCOUNT

REPORTS

Welcome, ~~███████~~ ! | Logout
Dealer Bank Balance: ~~███████~~

| LOOKUP SUBSCRIBER | ADD MINUTES | CHANGE ESN | RESET VM | CHANGE PHONE NO. | GET USAGE |

**Phone No:** (773)559-1140

**Subcriber Usage Details:** 11/21/2007 to 12/12/2007

| Call Date | Call Time | Called To | Called From | Minutes Used |
|-----------|-----------|-----------|-------------|--------------|
| 11/23/2007 | 04:02:26 PM | (773)241-9076 | (773)559-1140 | 2 |
| 11/23/2007 | 04:02:58 PM | (773)241-9076 | (773)559-1140 | 2 |
| 11/23/2007 | 04:11:51 PM | (773)655-8063 | (773)559-1140 | 2 |
| 11/26/2007 | 03:08:12 PM | (708)563-5915 | (773)559-1140 | 2 |
| 11/26/2007 | 03:09:10 PM | (800)998-9812 | (773)559-1140 | 2 |
| 11/26/2007 | 03:13:18 PM | (800)998-9802 | (773)559-1140 | 4 |
| 11/27/2007 | 11:53:37 AM | (773)559-1140 | (773)494-4532 | 2 |
| 11/27/2007 | 11:54:49 AM | (800)998-9802 | (773)559-1140 | 2 |
| 11/27/2007 | 11:56:05 AM | (773)559-1140 | (773)655-8063 | 2 |
| ✱ 11/27/2007 | 12:13:04 PM | (800)998-9802 | (773)559-1140 | 4 |
| ✱ 11/27/2007 | 12:14:48 PM | (888)845-4729 | (773)559-1140 | 4 |
| 12/10/2007 | 02:55:55 PM | (773)655-8063 | (773)559-1140 | 4 |
| 12/10/2007 | 03:06:24 PM | (773)655-8063 | (773)559-1140 | 4 |
| 12/10/2007 | 03:28:03 PM | (773)772-4470 | (773)559-1140 | 2 |



EXHIBIT

H

12/12/2007 2:16 PM

| 12/10/2007 | 03:29:20 PM | (773)559-1140 | (773)559-1140 | 5 |
| 12/12/2007 | 12:55:12 PM | (773)559-1140 | (773)319-1429 | 2 |
| | | | **Total Minutes:** | **45** |

Copyright 2006 EZSTREAM Inc. All Rights Reserved

EZSmart Version 1.0.0.10 - Date:03/03/06

12/12/2007 2:16 PM



**EZSTREAM**                     EZ STREAM MAINTENANCE AND RESOURCE TOOL

ACTIVATE ACCOUNT         LOOKUP ACCOUNT

LOOK UP ACCOUNT

REPORTS

Welcome, ████████████! | Logout 
Dealer Bank Balance: ████████

| LOOKUP SUBSCRIBER | ADD MINUTES | CHANGE ESN | RESET VM | CHANGE PHONE NO. | GET USAGE |

**Phone No:** (773)655-8063

**Subcriber Usage Details:** 11/20/2007 to 12/12/2007

| Call Date | Call Time | Called To | Called From | Minutes Used |
|-----------|-----------|-----------|-------------|--------------|
| 11/23/2007 | 04:12:07 PM | (773)655-8063 | (773)559-1140 | 2 |
| 11/26/2007 | 02:46:16 PM | (708)563-5915 | (773)655-8063 | 2 |
| 11/26/2007 | 02:46:39 PM | (888)788-3282 | (773)655-8063 | 2 |
| ✱ 11/26/2007 | 02:52:06 PM | (888)845-4729 | (773)655-8063 | 4 |
| ✱ 11/26/2007 | 02:55:15 PM | (888)845-4729 | (773)655-8063 | 4 |
| 11/26/2007 | 03:13:07 PM | (773)494-4532 | (773)655-8063 | 2 |
| 11/26/2007 | 04:12:34 PM | (888)845-4729 | (773)655-8063 | 6 |
| 11/27/2007 | 11:19:15 AM | (800)998-9802 | (773)655-8063 | 2 |
| 11/27/2007 | 11:56:14 AM | (773)559-1140 | (773)655-8063 | 2 |
| ✱ 11/27/2007 | 11:58:56 AM | (773)655-8063 | (773)494-4532 | 4 |
| 11/27/2007 | 12:05:49 PM | (888)845-4729 | (773)655-8063 | 5 |
| 11/28/2007 | 09:19:15 AM | (773)655-8063 | (910)322-3366 | 2 |
| 11/28/2007 | 09:20:35 AM | (910)322-3366 | (773)655-8063 | 2 |
| 11/28/2007 | 10:05:29 AM | (773)655-8063 | (773)655-8063 | 2 |

1 of 4



**EXHIBIT**

I

12/12/2007 2:33 PM

EZStreamPCS Dealer Lookup Tools

http://www.ezstreampcs.com/dealerLookupTools.aspx

| | | | | | |
|---|---|---|---|---|---|
| 11/28/2007 | 10:06:11 AM | (773)559-1140 | (773)655-8063 | | 2 |
| 11/28/2007 | 10:07:21 AM | (708)691-7019 | (773)655-8063 | | 2 |
| 11/28/2007 | 10:09:37 AM | (708)691-7019 | (773)655-8063 | | 4 |
| 11/28/2007 | 10:22:21 AM | (773)655-8063 | (910)322-3366 | | 2 |
| 11/28/2007 | 10:23:37 AM | (910)322-3366 | (773)655-8063 | | 2 |
| ✳11/28/2007 | 12:08:00 PM | (888)845-4729 | (773)655-8063 | | 4 |
| ✳11/28/2007 | 12:34:33 PM | (708)691-7019 | (773)655-8063 | | 4 |
| ✳11/28/2007 | 04:42:11 PM | (708)691-7019 | (773)655-8063 | | 4 |
| 11/28/2007 | 04:49:05 PM | (800)998-9802 | (773)655-8063 | | 2 |
| 11/28/2007 | 04:50:37 PM | (888)845-4729 | (773)655-8063 | | 6 |
| ✳11/29/2007 | 10:56:48 AM | (773)494-4532 | (773)655-8063 | | 4 |
| ✳11/29/2007 | 11:01:04 AM | (773)494-4532 | (773)655-8063 | | 4 |
| 11/30/2007 | 06:22:38 PM | (773)341-6509 | (773)655-8063 | | 2 |
| ✳11/30/2007 | 06:26:23 PM | (773)341-6509 | (773)655-8063 | | 16 |
| ✳11/30/2007 | 07:21:01 PM | (773)803-0391 | (773)655-8063 | | 11 |
| ✳11/30/2007 | 07:57:23 PM | (800)998-9802 | (773)655-8063 | | 4 |
| 11/30/2007 | 08:15:19 PM | (773)341-6509 | (773)655-8063 | | 4 |
| 11/30/2007 | 08:25:35 PM | (773)557-9821 | (773)655-8063 | | 4 |
| 11/30/2007 | 08:35:29 PM | (800)998-9802 | (773)655-8063 | | 4 |
| 11/30/2007 | 08:39:53 PM | (312)731-7902 | (773)655-8063 | | 2 |
| 11/30/2007 | 08:43:34 PM | (773)655-8063 | (773)655-8063 | | 4 |
| 11/30/2007 | 08:48:19 PM | (411)000-0000 | (773)655-8063 | | 15 |
| 11/30/2007 | 08:55:00 PM | (800)998-9802 | (773)655-8063 | | 2 |

EZStreamPCS Dealer Lookup Tools                                    http://www.ezstreampcs.com/dealerLookupTools.aspx

| | | | | |
|---|---|---|---|---|
| 12/04/2007 | 11:16:43 AM | (800)998-9802 | (773)655-8063 | 2 |
| 12/04/2007 | 11:17:29 AM | (888)845-4729 | (773)655-8063 | 4 |
| 12/04/2007 | 11:25:29 AM | (888)845-4729 | (773)655-8063 | 4 |
| 12/04/2007 | 11:57:24 AM | (888)845-4729 | (773)655-8063 | 5 |
| 12/04/2007 | 09:31:07 PM | (708)307-5607 | (773)655-8063 | 0 |
| 12/04/2007 | 10:13:32 PM | (708)307-5607 | (773)655-8063 | 0 |
| 12/04/2007 | 10:14:22 PM | (708)372-2386 | (773)655-8063 | 0 |
| 12/04/2007 | 10:15:31 PM | (708)645-6171 | (773)655-8063 | 0 |
| 12/04/2007 | 10:19:45 PM | (815)834-0455 | (773)655-8063 | 0 |
| 12/04/2007 | 10:39:42 PM | (773)655-8063 | (815)210-7726 | 0 |
| 12/04/2007 | 10:49:57 PM | (516)747-0837 | (773)655-8063 | 0 |
| 12/04/2007 | 10:51:31 PM | (229)291-1327 | (773)655-8063 | 0 |
| 12/04/2007 | 10:53:16 PM | (310)475-4500 | (773)655-8063 | 0 |
| 12/04/2007 | 10:54:07 PM | (323)876-7651 | (773)655-8063 | 0 |
| 12/04/2007 | 10:56:39 PM | (411)000-0000 | (773)655-8063 | 13 |
| 12/04/2007 | 11:15:32 PM | (708)912-2333 | (773)655-8063 | 0 |
| 12/04/2007 | 11:27:47 PM | (708)912-2333 | (773)655-8063 | 2 |
| 12/05/2007 | 04:22:30 PM | (773)655-8063 | (773)476-8817 | 2 |
| 12/05/2007 | 04:24:47 PM | (708)912-2333 | (773)655-8063 | 4 |
| 12/05/2007 | 04:59:27 PM | (708)912-2333 | (773)655-8063 | 2 |
| 12/05/2007 | 05:00:06 PM | (773)655-8063 | (708)912-2333 | 2 |
| 12/05/2007 | 05:01:03 PM | (708)912-2333 | (773)655-8063 | 2 |
| 12/06/2007 | 10:08:21 AM | (773)655-8063 | (773)655-8063 | 2 |

12/12/2007 2:33 PM

| | | | | |
|---|---|---|---|---|
| 12/06/2007 | 10:09:28 AM | (773)264-7209 | (773)655-8063 | 2 |
| 12/06/2007 | 10:10:42 AM | (708)912-2333 | (773)655-8063 | 5 |
| 12/06/2007 | 10:14:26 AM | (708)912-2333 | (773)655-8063 | 2 |
| 12/06/2007 | 10:17:30 AM | (708)912-2333 | (773)655-8063 | 2 |
| 12/06/2007 | 10:17:59 AM | (773)655-8063 | (708)912-2333 | 2 |
| 12/06/2007 | 10:19:32 AM | (708)912-2333 | (773)655-8063 | 2 |
| 12/06/2007 | 10:20:17 AM | (773)655-8063 | (708)912-2333 | 2 |
| 12/06/2007 | 10:58:24 AM | (630)684-2191 | (773)655-8063 | 2 |
| *12/07/2007 | 10:33:06 AM | (708)307-5607 | (773)655-8063 | 4 |
| *12/07/2007 | 10:51:05 AM | (708)912-2333 | (773)655-8063 | 5 |
| *12/07/2007 | 03:45:15 PM | (773)655-8063 | (773)494-4532 | 4 |
| *12/10/2007 | 12:38:29 PM | (773)494-4532 | (773)655-8063 | 4 |
| *12/10/2007 | 12:41:15 PM | (773)494-4532 | (773)655-8063 | 14 |
| 12/10/2007 | 01:14:31 PM | (708)912-2333 | (773)655-8063 | 2 |
| *12/10/2007 | 02:55:56 PM | (773)655-8063 | (773)559-1140 | 4 |
| *12/10/2007 | 03:06:26 PM | (773)655-8063 | (773)559-1140 | 4 |
| 12/11/2007 | 02:18:46 PM | (773)494-4532 | (773)655-8063 | 4 |
| | | | **Total Minutes:** | **257** |

Copyright 2006 EZSTREAM Inc. All Rights Reserved

EZSmart Version 1.0.0.10 - Date:03/03/06

12/12/2007 2:33 PM

EZSTREAM claims they have a one minute connection fee on all Peak calls. The following table represents the calls in which more than one additional minute was charged.

Company: EZSTREAM        CTN: 773-655-8063
ESN:  00408331251

| Date | Call Time | Called To/From | Type of Call | Duration | Charge (in minutes) | Correct Charges (in minutes) |
|------|-----------|----------------|--------------|----------|---------------------|------------------------------|
| 11/26/07 | 2:52:06 PM | 888-845-4729 | Peak | 1:38 seconds | 4 | 3 |
| 11/26/07 | 2:55:15 PM | 888-845-4729 | Peak | 1:20 seconds | 4 | 3 |
| 11/27/07 | 11:58:56 AM | 773-494-4532 | Peak | 1:39 seconds | 4 | 3 |
| 11/28/07 | 12:08:00 PM | 888-845-4729 | Peak | 1:17 seconds | 4 | 3 |
| 11/28/07 | 12:34:33 PM | 708-691-7019 | Peak | 1:35 seconds | 4 | 3 |
| 11/28/07 | 4:42:11 PM | 708-691-7019 | Peak | 1:30 seconds | 4 | 3 |
| 11/29/07 | 10:56:48 AM | 773-494-4532 | Peak | 1:08 seconds | 4 | 3 |
| 11/29/07 | 11:01:04 AM | 773-494-4532 | Peak | 1:30 seconds | 4 | 3 |
| 11/30/07 | 6:26:23 PM | 773-341-6509 | Peak | 12:09 seconds | 16 | 14 |
| 11/30/07 | 7:21:01 PM | 773-803-0391 | Peak | 8:12 seconds | 11 | 10 |
| 11/30/07 | 7:57:23 PM | 800-998-9802 | Peak | 1:02 seconds | 4 | 3 |
| 12/07/07 | 10:33:06 AM | 708-307-5607 | Peak | 1:20 seconds | 4 | 3 |
| 12/07/07 | 10:51:05 AM | 708-912-2333 | Peak | 2:57 seconds | 5 | 4 |
| 12/07/07 | 3:45:15 PM | 773-494-4532 | Peak | 1:30 seconds | 4 | 3 |
| 12/10/07 | 12:38:29 PM | 773-494-4532 | Peak | 1:41 seconds | 4 | 3 |
| 12/10/07 | 12:41:15 PM | 773-494-4532 | Peak | 10:40 seconds | 14 | 12 |
| 12/10/07 | 2:55:56 PM | 773-559-1140 | Peak | 1:49 seconds | 4 | 3 |
| 12/10/07 | 3:06:26 PM | 773-559-1140 | Peak | 1:37 seconds | 4 | 3 |
| | | | **Totals** | 64 | 102 | 82 |

**EXHIBIT**

_J_



This section of the bill is about your cellular usage. The information shown is updated as this financial reports come in which can vary from 30 minutes to 2-3 days

Season Mobile Number

Bill Cycle End Date: 1/19/2006 ▾

View Usage

Current Plan
Peak Minutes Remaining
Off Peak Minutes Remaining
Features

Payment Due
Cash Balance

Overage Charges (as of 01/19/2006)
Peak Minutes Used:
Off Peak Minutes Used:
Peak Minutes Overage:                          $.00
Off Peak Minutes Overage:                      $.00
SMS Qty:
SMS Overage:                                   $.00
Web/Data Qty:
Web/Data Overage:                              $.00
MMS Inputted:
MMS Used:
MMS Overage:                                   $.00
Directory Assistance Qty:
Directory Assistance Overage:                  $.00
International Long Distance Qty:
International Long Distance
Overage:                                       $.00
Out of Network Roaming Qty:
Out of Network Roaming
Overage:                                       $.00
Mobile To Mobile
Mobile To Mobile Overage:                      $.00
Long Distance
Long Distance Overage:                         $.00



EXHIBIT

K

US Mobile claims they have accurate daily connection fees. The following table represents the calls in which the account was charged additional airtime, or more than a one minute daily connection fee.

Company:    US Mobile          CTN: 773-953-3761
ESN:        14116302845

| Date | Time of call | Number Called | Duration | Type of call | Start Balance | End Balance | What balance should be |
|------|------|------|------|------|------|------|------|
| 12-21-07 | 2:59 PM | 773-953-3715 | 46 seconds | Peak | 248 | 238 | 247 |
| 12-24-07 | 12:23 PM | 773-641-4243 | 9 seconds | Peak | 238 | 237 | 237 |
| 12-24-07 | 12:27 PM | 773-953-3715 | 2:30 seconds | Peak | 237 | 233 | 234 |
| 12-24-07 | 12:42 PM | 773-559-1140 | 1:11 seconds | Peak | 233 | 230 | 232 |
| 12-24-07 | 2:53 PM | 773-655-8063 | 1:42 seconds | Peak | 230 | 227 | 231 |
| 12-26-07 | 10:34 AM | 708-307-5607 | 5:30 seconds | Peak | 227 | 220 | 221 |
| 12-24-07 | 11:42 AM | 773-559-1140 | 44 seconds | Peak | 220 | 211 | 218 |
| 12-27-07 | 11:04 AM | 708-415-1130 | 36 seconds | Peak | 210 | 209 | 209 |
| 12-28-07 | 12:12 PM | 773-655-8063 | 1:13 seconds | Peak | 207 | 204 | 205 |
| 12-28-07 | 12:14 PM | 773-953-3761 | 2:15 seconds | Peak | 204 | 200 | 201 |
| 12-31-07 | 11:38 AM | 708-912-2333 | 15 seconds | Peak | 191 | 190 | 190 |
| 12-31-07 | 3:42 PM | 708-912-2333 | 3:09 seconds | Peak | 190 | 185 | 186 |
| 01-02-08 | 2:43 PM | 773-641-4243 | 1:13 seconds | Peak | 179 | 176 | 177 |
| 01-02-08 | 3:16 PM | 773-655-8063 | 2:05 seconds | Peak | 176 | 172 | 173 |
| 01-02-08 | 3:18 PM | 773-655-8063 | 10 seconds | Peak | 172 | 171 | 171 |
| 01-03-08 | n/a | n/a | n/a | n/a | 168 | n/a | 167 |
| 01-04-08 | n/a | n/a | n/a | n/a | 166 | n/a | 166 |
| 01-07-08 | n/a | n/a | n/a | n/a | 157 | n/a | 165 |
| 01-08-08 | n/a | n/a | n/a | n/a | 154 | n/a | 164 |
| 01-09-08 | n/a | n/a | n/a | n/a | 151 | n/a | 163 |
| 01-10-08 | n/a | n/a | n/a | n/a | 148 | n/a | 162 |
| 01-11-08 | n/a | n/a | n/a | n/a | 146 | n/a | 161 |

Totals Minutes Used-                                    33
Total Daily Charges (12/20/07-01/11/08) -               23
Total minutes that should have been deducted-           56

Start Balance-                                          250
End Balance-                                            146
Minutes Deducted-                                       104

Total Minutes Deducted                                  104
Total usage and daily charges-                          56
Minutes unaccounted for-                                48


EXHIBIT