**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Platinumtel Communications LLC

                                Plaintiff,

v.                                          Case No.: 1:08−cv−01062
                                                   Honorable Joan H. Lefkow

Zefcom LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Motion hearing held on 4/29/2008 regarding motion for leave to file first amended complaint [38]. Plaintiff's motion for leave to file first amended complaint [38] is granted. Motion to dismiss may be filed by 5/20/2008; response will be due by 6/10/2008; reply will be due by 6/24/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.