**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZEFCOM, LLC d/b/a TELISPIRE, )<br>TELISPIRE, INC, et al., )<br>)<br>Defendants. )<br>) | No. 08 CV 1062<br><br>Judge JOAN H. LEFKOW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.17, Daniel C. McMurtrie respectfully submits this notice of withdrawal of appearance and states as follows:

1. On March 5, 2008, Jenner & Block LLP attorneys Terri L. Mascherin and Daniel C. McMurtrie filed their appearances as counsel for Defendant Zefcom LLC d/b/a Telispire ("Telispire") in the above-captioned matter (see Docket entries 12 and 13).

2. On or about May 14, 2008, Daniel C. McMurtrie will be leaving the law firm of Jenner & Block LLP.

3. Accordingly, Mr. McMurtrie wishes to withdraw his appearance as counsel for Telispire in this matter.

4. Telispire will continue to be represented by Ms. Mascherin and the law firm of Jenner & Block LLP and, therefore, this is a routine withdrawal under Local Rule 83.17 and no formal motion is required.

2

WHEREFORE, Daniel C. McMurtrie respectfully requests that this Court enter an order permitting him to withdraw his appearance.

Dated: May 5, 2008                          Respectfully submitted,

ZEFCOM, LLC d/b/a TELISPIRE, INC.

By:   s/ Daniel C. McMurtrie
       One of its Attorneys

Terri L. Mascherin (6187735)
Daniel C. McMurtrie (6280602)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I served the above and foregoing **Daniel C. McMurtrie's NOTICE OF WITHDRAWAL OF APPEARANCE,** on the parties below by filing with the ECF system:

| | |
|---|---|
| **John P. Lynch, Jr.**<br>**Brian A. O'Gallagher**<br>**Jessica Lynn Lesniewski**<br>Cremer, Kopon, Shaughnessy & Spina<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601<br>(312) 726-3800<br>(312) 726-3818 (Fax)<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>**Attorneys for Plaintiff PlatinumTel** | **John Mraibie**<br>Akram Zanayed & Associates<br>8550 S. Harlem, Ste. G<br>Bridgeview, IL 60455<br>(708) 237-9000<br>johnmazalaw@yahoo.com<br><br>**Attorney for EZ Stream Defendants** |
| **Ahmad Sulaiman**<br>Sulaiman & Associates<br>11015 South Harlem<br>Worth, IL 60660<br>(312) 656-8889<br>ahmad.sulaiman@sulaimanlaw.com<br><br>**Attorney for Defendant Ramsey Natour Entities** | **Thomas Francis Courtney, Jr.**<br>Thomas F. Courtney & Associates<br>7000 West 127th Street<br>Palos Heights, IL 60463<br>(708) 448-4400<br>lawyersoffices@sbcglobal.net<br><br>**Attorney for U.S. Mobile Entities** |

By: s/ Daniel C. McMurtrie

3