U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 08 CV 1062
PLATINUMTEL COMMUNICATIONS, LLC,           Plaintiff
v.
ZEFCOM, LLC dba TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC.,
EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM
CELLULAR CORP., EZ COM, CHICAGO, INC. dba QUICK COM CHICAGO, and
RAMSEY NATOUR, ind & dba U.S. MOBILE, INC., QUICK COMM, INC. aka
QUICK COM, INC., QUICK COM II, INC., QUICK'COM CELLULAR and/or QUICK COM CHICAGO, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ramsey Natour both individually and dba US Mobile, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Thomas F. Courtney, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thom F C | |
| FIRM <br> Thomas F. Courtney & Associates, P.C. | |
| STREET ADDRESS <br> 7000 W. 127th Street | |
| CITY/STATE/ZIP <br> Palos Heights, IL 60463 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272092 | TELEPHONE NUMBER <br> (708) 448-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |