**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 1062 |
|---|---|

PLATINUMTEL COMMUNICATIONS, LLC,
               Plaintiff,
                v.
ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC.,
et al.,               Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC.

| NAME (Type or print) |
|---|
| Jeffrey S. Eberhard |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jeffrey S. Eberhard |
| FIRM |
| Jenner & Block LLP |
| STREET ADDRESS |
| 330 N. Wabash Avenue |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6276471 | 312-840-8602 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐