**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ZEFCOM, LLC d/b/a TELISPIRE, ) </br> TELISPIRE, INC, et al, ) </br> ) </br> Defendants. ) </br> ) | No. 08 CV 1062 </br></br> Judge JOAN H. LEFKOW |

**DEFENDANT TELISPIRE'S MOTION TO**
**DISMISS PLATINUMTEL'S AMENDED COMPLAINT**

Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"), by its attorneys, respectfully moves this Court pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) to enter an order dismissing with prejudice each of the claims asserted against Telispire by plaintiff PlatinumTel Communications, LLC ("PlatinumTel") in Counts I through V of PlatinumTel's Amended Complaint. PlatinumTel's claims against Telispire should be dismissed because Counts I-V fail to state a claim upon which relief may be granted. In addition, each Count is based upon alleged fraud, and PlatinumTel has failed to plead any of the Counts with the specificity required under Rule 9(b). In support of this motion, Telispire submits its Memorandum of Law in Support of Its Motion to Dismiss PlatinumTel's Amended Complaint.

WHEREFORE Defendant Telispire respectfully requests that Counts I-V of the Amended Complaint against Telispire be dismissed with prejudice.

Dated: May 20, 2008

Respectfully submitted,

ZEFCOM, LLC d/b/a TELISPIRE, INC.

By:   s/ Terri L. Mascherin
     One of its Attorneys

Terri L. Mascherin (6187735)
Jeffrey S. Eberhard (6276471)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Eberhard, an attorney, certify that on May 20, 2008, I caused a copy of the foregoing Motion to Dismiss and the accompanying Memorandum of Law to be served by ECF to:

John P. Lynch
Brian A. O' Gallagher
Jessica Lynn Lesniewshi
Cremer, Koplon Shaughnessy & Spina
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
jlynch@cksslaw.com
bogallagher@cksslaw.com
jlesniewski@cksslaw.com

Ahmad Sulaiman
Sulaiman & Associates
11015 South Harlem
Worth, IL 60660
ahmad.sulaiman@sulaimanlaw.com

John Mraibie
Akram Zanayed & Associates
8550 S. Harlem Ste. G
Bridgeview, IL 60455
johnmazalaw@yahoo.com

Thomas Francis Courtney, Jr.
Thomas F. Courtney & Associates
7000 West 127th Street
Palos Heights, IL 60463
lawyersoffices@sbcglobal.net

s/ Jeffrey S. Eberhard