IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 08 CV 1062 |
| vs. | ) ) | |
| | ) | Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al., | ) ) ) | |
| Defendants | ) ) | |

**DEFENDANT EZ STREAM'S MOTION TO DISMISS
PLATINUMTEL'S AMENDED COMPLAINT**

NOW COMES, Defendant EZ Stream, Inc., ("EZ Stream") by and through its attorneys, Akram Zanayed & Associates, and moves this Court pursuant to Fed. R.Civ. P. 9(b) and 12(b)(6) to enter an order dismissing with prejudice each of the claims asserted against EZ Stream by Plaintiff PlatinumTel Communications, LLC ("PlatinumTel") in Counts I through IV of PlatinumTel's Amended Complaint. The claims against EZ Stream should be dismissed due to Plaintiff's failure to plead sufficient facts to establish the alleged violations in the amended complaint. Furthermore, Plaintiff also fails to plead sufficient facts to conform to Rule 9(b), since all counts are sounding in fraud. In support of this motion, EZ Stream submits it Memorandum of Law in Support of its Motion to Dismiss.

Dated May 20, 2008

Respectfully submitted,

By:   <u>s/ Hanna Mraibie</u>
      One of EZ Stream's Attorneys

Akram Zanayed (6192587)
Hanna Mraibie (6275561)
Akram Zanayed & Associates
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000

CERTIFICATE OF SERVICE

I, hereby certify that on May 20, 2008, I served the above and foregoing Defendant EZ Stream's MOTION TO DISMISS PLATINUMTEL'S AMENDED COMPLAINT, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John P. Lynch, Jr.<br>Brian A. O'Gallagher<br>Jesica Lynn Lesniewshi<br>Cremer, Kopon Shaughnessy & Spina<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, Il 60601<br>(312) 726-3800<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>Attorneys for Plaintiff | Thomas Francis Courtney Jr.<br>Thomas F. Courtney & Associates<br>7000 West 127th Street<br>Palos Heights, IL 60463<br>lawyersoffices@sbcglobal.net<br><br><br><br><br><br><br><br>Attorney for Ramsey Natour |
| Terri L. Mascherin<br>Jeffrey S. Eberhard<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, Il 60611<br>(312) 923-2799<br>tmascherin@jenner.com<br><br>Attorneys for ZefCom, LLC d/b/a Telispire | |

By:    /s/ Hanna Mraibie