IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 CV 1062 |
| vs. | ) ) | Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS U.S. MOBILE, INC. AND RAMSEY NATOUR'S MOTION TO DISMISS PLATINUMTEL'S AMENDED COMPLAINT, AND LEAVE TO FILE MEMORANDUM OF LAW**

**NOW COMES** the Defendants U.S. MOBILE, INC., and RAMSEY NATOUR, individually and d/b/a U.S. Mobile, et al., ("U.S. MOBILE and NATOUR"), by and through their attorneys, Thomas F. Courtney & Associates, P.C., and respectfully moves this Court pursuant to Fed. R. Civ. P. 9(b)(6) to enter an order dismissing with prejudice each of the claims asserted against U.S. MOBILE and NATOUR by plaintiff, PlatinumTel Communications, LLC ("PlatinumTel") in Count I through V of the Amended Complaint. PlatinumTel's claims against Defendants should be dismissed because Counts I-V fails to state a claim upon which relief may be granted. In addition, each Count is based upon alleged fraud, and PlatinumTel has failed to plead any of the Count(s) with specificity required under Rule 9(b). In support of this motion, Defendants pray for leave to file a memorandum of law.

**WHEREFORE,** Defendants, U.S. Mobile and Ramsey Natour, individually and d/b/a U.S. Mobile et al., respectfully request that Counts I-V of the Amended Complaint be dismissed with prejudice, with leave to file a memorandum of law in support thereof, instanter.

Respectfully submitted,

By:  s/ Thomas F. Courtney, Jr.
     One of its Attorneys

Thomas F. Courtney & Associates, P.C.
Thomas F. Courtney, Jr.
Attorney for Defendants
7000 West 127th Street
Palos Heights, Illinois 60463
(708) 448 4400
6272092

## CERTIFICATE OF SERVICE

I, Thomas F. Courtney, Jr., an attorney, certify that on May 21, 2008, I caused a copy of the foregoing Motion to Dismiss to be served by ECF to:

By:   s/ Thomas F. Courtney, Jr.

John P. Lynch
Cremer, Koplon Shaughnessy & Spina
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601

John Mraibie
Akram Zanayed & Associates
8550 S. Harlem, Suite G
Bridgeview, IL 60455

Terri L. Mascherin
Jenner & Block LLP
330 North Wabash Avenue
Chicago IL 60611