Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHL

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1062 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Platinumtel Communications, LLC vs. Zefcom, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 10/10/2008. Non-expert discovery will close on 11/26/2008. Cut-off date for designation of plaintiff's trial expert(s) is 12/19/2008; for defendant's trial expert(s) is 1/14/2009. Any dispositive motion(s) to be filed by 4/20/2009; response due by 5/11/2009; reply due by 5/25/2009; ruling will issue by mail.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|