IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Court No.: 08 CV 1062 |
| v. | )<br>) |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC. et al. | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:** All Counsel of Record
(See Attached Service List)

On <u>Tuesday, June 10, 2008</u> at <u>9:30 a.m.</u>, or as soon thereafter as counsel may be heard, we shall appear before the Honorable <u>Judge Joan Humphrey-Lefkow,</u> in <u>Room 1925,</u> or any judge sitting in her stead in the courtroom located at Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there move this Honorable Court for a hearing on Defendants Ramsey Natour and US Mobile, Inc. Motion for Leave to File Amended Motion to Dismiss and Memorandum of Law Instanter which time and place you may appear.


Thomas F. Courtney & Associates, PC


By: _____//SS//__ Thomas F. Courtney Jr.
Attorney for Defendants

**PROOF OF SERVICE**

  I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.


          By:_____//SS//  Thomas F. Courtney, Jr.




Thomas F. Courtney & Associates, PC
7000 West 127th Street
Palos Heights IL 64063

## SERVICE LIST
*PlatinumTel Communications, LLC v. ZEFCOM, LLC, at al.*
Court No.: 08 CV 1062

**Attorneys for EZ Stream**
John Mraibie
Akram Zanayed & Associates
2342 N. Damen Avenue
Chicago, IL 60647
T: (773) 772-1600
F: (773) 772-0030

**Attorneys for ZEFCOM, LLC d/b/a TELISPIRE**
Terri L. Mascherin
Jenner &* Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
T: (312) 923-2799

**Attorneys for PLATNIUMTEL**
John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North LaSalle Street
Suite 3300
Chicago, IL 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile