# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Platinumtel Communications LLC

                        Plaintiff,

v.                                        Case No.: 1:08−cv−01062

                                        Honorable Joan H. Lefkow

Zefcom LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion of defendants' Ramsey Natour and US Mobile for leave to file amended motion to dismiss and memorandum instanter [57] is granted. Response will be due by 7/1/2008; reply will be due by 7/15/2008; ruling will issue by mail. Motion of US Mobile to dismiss [51] is denied as moot.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.