IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) No. 08 CV 1062 |
| vs. | ) ) Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT TELISPIRE'S NOTICE OF FILING

Pursuant to the Parties' Stipulated Order, entered by the Court on March 19, 2008 (Docket entry No. 22), Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"), by and through its counsel, hereby files its Certification of Continued Compliance With The Parties' Stipulated Order, attached hereto as Exhibit A.

Dated: July 2, 2008

Respectfully submitted,

ZEFCOM, LLC d/b/a TELISPIRE, INC.

By:  s/ Jeffrey S. Eberhard
     One of its Attorneys

Terri L. Mascherin (6187735)
Jeffrey S. Eberhard (6276471)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799

## CERTIFICATE OF SERVICE

      I, Jeffrey S. Eberhard, an attorney, hereby certify that on July 2, 2008, I served the above and foregoing **Defendant ZefCom, LLC's d/b/a Telispire® ("Telispire's") Notice of Filing**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| **John P. Lynch, Jr.**<br>**Brian A. O'Gallagher**<br>**Jessica Lynn Lesniewski**<br>Cremer, Kopon, Shaughnessy & Spina<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601<br>(312) 726-3800<br>(312) 726-3818 (Fax)<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>**Attorneys for Plaintiff PlatinumTel** | **John Mraibie**<br>Akram Zanayed & Associates<br>8550 S. Harlem, Ste. G<br>Bridgeview, IL 60455<br>(708) 237-9000<br>johnmazalaw@yahoo.com<br><br>**Attorney for EZ Stream Defendants** |
| **Ahmad Sulaiman**<br>Sulaiman & Associates<br>11015 South Harlem<br>Worth, IL 60660<br>(312) 656-8889<br>ahmad.sulaiman@sulaimanlaw.com<br><br>**Attorney for Defendant Ramsey Natour Entities** | **Thomas Francis Courtney, Jr.**<br>Thomas F. Courtney & Associates<br>7000 West 127th Street<br>Palos Heights, IL 60463<br>(708) 448-4400<br>lawyersoffices@sbcglobal.net<br><br>**Attorney for U.S. Mobile Entities** |

                                                                                  By:  _s/ Jeffrey S. Eberhard_

# EXHIBIT A



June 30, 2008

To Whom It May Concern:

ZefCom, LLC dba Telispire hereby certifies that it has monitored EZ Stream and US Mobile pursuant to the Stipulated Order entered with the Court on March 19, 2008 and the certification process described in Telispire's court filing dated April 2, 2008 throughout the past month to ensure that each defendant on their respective websites, flyers and/or packaging materials accompanying any sale of pre-paid cards and/or telephones, within their control, are accurately depicting the terms and conditions of the sale of any pre-paid wireless services. Throughout this past month, we have not observed any infractions based on our review of these materials.

In addition through our monitoring process, we have determined that each defendant disclosed all material terms including: the respective website addresses of the defendants, the applicable customer service phone numbers, the terms of any refund policy offered, the value of the card or services in minutes, all rates, surcharges and fees applicable to the use of the services, and the terms of the expiration policy, if any. Again, we have not observed any infractions of the Stipulated Order based on our review of their respective websites, collateral advertising material, flyers and/or packaging material.

Thank You,

Curtis M. Knobloch
CEO
Telispire

Phone (940) 397-9600 • Fax (940) 397-9610 • www.telispire.com • 4309 Jacksboro Hwy., Suite G • Wichita Falls, Texas 76302