**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 1062 |
| vs. | ) | |
| | ) | Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT TELISPIRE'S NOTICE OF FILING**

PLEASE TAKE NOTICE that Defendant ZefCom, LLC d/b/a Telispire® ("Telispire"),

by and through its counsel, hereby files the attached **Compliance with Order**.

Dated: July 30, 2008                    Respectfully submitted,

ZEFCOM, LLC d/b/a TELISPIRE, INC.


By:    s/  Jeffrey S. Eberhard
          One of its Attorneys

Terri L. Mascherin (6187735)
Jeffrey S. Eberhard (6276471)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2799

## CERTIFICATE OF SERVICE

I, Jeffrey S. Eberhard, an attorney, hereby certify that on July 30, 2008, I served the above and foregoing **Defendant ZefCom, LLC's d/b/a Telispire® ("Telispire's") Notice of Filing,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| **John P. Lynch, Jr.**<br>**Brian A. O'Gallagher**<br>**Jessica Lynn Lesniewski**<br>Cremer, Kopon, Shaughnessy & Spina<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601<br>(312) 726-3800<br>(312) 726-3818 (Fax)<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>**Attorneys for Plaintiff PlatinumTel** | **John Mraibie**<br>Akram Zanayed & Associates<br>8550 S. Harlem, Ste. G<br>Bridgeview, IL 60455<br>(708) 237-9000<br>johnmazalaw@yahoo.com<br><br>**Attorney for EZ Stream Defendants** |
| **Thomas Francis Courtney, Jr.**<br>Thomas F. Courtney & Associates<br>7000 West 127th Street<br>Palos Heights, IL 60463<br>(708) 448-4400<br>lawyersoffices@sbcglobal.net<br><br>**Attorney for U.S. Mobile Entities** | |

By: _ s/  Jeffrey S. Eberhard___