

August 29, 2008

To Whom It May Concern:

ZefCom, LLC dba Telispire hereby certifies that it has monitored EZ Stream and US Mobile pursuant to the Stipulated Order entered with the Court on March 19, 2008 and the certification process described in Telispire's court filing dated April 2, 2008 throughout the past month to ensure that each defendant on their respective websites, flyers and/or packaging materials accompanying any sale of pre-paid cards and/or telephones, within their control, are accurately depicting the terms and conditions of the sale of any pre-paid wireless services. Throughout this past month, we have not observed any infractions based on our review of these materials.

In addition through our monitoring process, we have determined that each defendant disclosed all material terms including: the respective website addresses of the defendants, the applicable customer service phone numbers, the terms of any refund policy offered, the value of the card or services in minutes, all rates, surcharges and fees applicable to the use of the services, and the terms of the expiration policy, if any. Again, we have not observed any infractions of the Stipulated Order based on our review of their respective websites, collateral advertising material, flyers and/or packaging material.

Thank You,

Curtis M. Knobloch
CEO
Telispire

Phone (940) 397-9600 • Fax (940) 397-9610 • www.telispire.com • 4309 Jacksboro Hwy., Suite G • Wichita Falls, Texas 76302