JPL/BAO/JLL                Firm I.D. 33179                526-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO,<br><br>Defendants. | Court No.: 08 CV 1062 |

## NOTICE OF MOTION

**TO:**  All Counsel of Record
(See Attached Service List)

On <u>September 16, 2008</u> at <u>9:30a.m.</u> or as soon thereafter as counsel may be heard, we shall appear before the Honorable <u>Judge Joan Humphrey-Lefkow,</u> in <u>Room 1925,</u> or any judge sitting in her stead in the courtroom located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there move this Honorable Court for a hearing on Plaintiff, PlatinumTel Communications, LLC's <u>Motion To Strike And For Order Of Default Against Defendant U.S. Mobile, Inc. For Its Failure To Comply With The March 19, 2008 Stipulated Order,</u> at which time and place you may appear.

CREMER, KOPON, SHAUGHNESSY & SPINA, LLC,

By:  /s/John P. Lynch, Jr.
Attorneys for Plaintiff

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
201857.1DOC

## PROOF OF SERVICE

I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.

/s/ John P. Lynch, Jr.

CKSS File # 526-1-8<br>
Attorneys for Plaintiff

# SERVICE LIST
*Platinumtel Communications, LLC v. ZEFCOM, LLC, et al.*
Court No.: 08 CV 1062

**Attorneys for EZ Stream**
John Mraibie
Akram Zanayed and Associates
2342 N. Damen Avenue
Chicago, Illinois 60647
T: (773) 772-1600
F: (773) 772-0030

**Attorneys for ZEFCOM, LLC d/b/a TELISPIRE**
Terri L. Mascherin
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
T: (312) 222-9350
    (312) 923-2799 (Direct)
F:  (312) 840-7799

**U.S. Mobile, Inc**
Thomas F. Courtney, Jr.
Thomas F. Courtney & Associates, P.C.
7000 W. 127th Street
Palos Heights, Illinois 60463
T: (708) 448-4400
F: (708) 448-9534

Updated: 4/28/08