JPL/BAO/JLL						526-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Court No.: 08 CV 1062 ) |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO STRIKE AND FOR ORDER OF DEFAULT AGAINST DEFENDANT EZ STREAM, INC. FOR ITS FAILURE TO COMPLY WITH THE MARCH 19, 2008 STIPULATED ORDER**

Plaintiff, PLATINUMTEL COMMUNICATIONS LLC, (hereinafter "PlatinumTel"), by its attorneys, John P. Lynch, Jr., Brian A. O'Gallagher and Jessica L. Lesniewski and CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, and moves this Court for entry of an order striking the motion to dismiss of Defendant EZ STREAM, INC., finding EZ STREAM, INC. in default, and scheduling this matter for prove-up with respect to the causes of action set forth against EZ STREAM, INC. in PlatinumTel's First Amended Complaint For Injunctive And Other Relief due to EZ STREAM, INC.'s

failure to comply with the March 19, 2008 Stipulated Order. In support of this Motion, Plaintiff submits its Memorandum of Law.

Respectfully submitted,

CREMER, KOPON, SHAUGHNESSY & SPINA, LLC.

By:    /s/ John P. Lynch, Jr.
Attorneys for Plaintiff

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
*201862.1DOC*

3

## **PROOF OF SERVICE**

I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.

/s/ John Lynch, Jr.