JPL/BAO/JLL　　　　　　　Firm I.D. 33179　　　　　　　526-1-8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC., U.S. MOBILE, INC., EZ STREAM, INC., QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION, EZ COM, CHICAGO, INC., d/b/a QUICK COM CHICAGO, and RAMSEY NATOUR, individually and d/b/a U.S. MOBILE, INC., QUICK COMM, INC. a/k/a QUICK COM, INC., QUICK COM II, INC., QUICK COM CELLULAR CORPORATION and/or QUICK COM CHICAGO, <br><br>　　　　　　Defendants. | Court No.: 08 CV 1062 |

## NOTICE OF MOTION

**TO:**　All Counsel of Record
　　　(See Attached Service List)

　　On September 16, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan Humphrey-Lefkow, in Room 1925, or any judge sitting in her stead in the courtroom located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there move this Honorable Court for a hearing on Plaintiff, PlatinumTel Communications, LLC's Motion To Strike And For Order Of Default Against Defendant EZ Stream, Inc. For Its Failure To Comply With The March 19, 2008 Stipulated Order, at which time and place you may appear.

　　　　　　　　　　　　　　　　　CREMER, KOPON, SHAUGHNESSY & SPINA, LLC,


　　　　　　　　　　　　　　By:　　/s/John P. Lynch, Jr.
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

John P. Lynch, Jr.
Brian A. O'Gallagher
Jessica L. Lesniewski
CREMER KOPON SHAUGHNESSY & SPINA, LLC
180 North La Salle Street
Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
201860.1DOC

## **PROOF OF SERVICE**

      I, the undersigned attorney, certify that I filed this Proof of Service and the documents identified herein through the Court's ECM/CF document filing system, which will cause electronic notification of the filing to be sent to all counsel of record.

                                                   /s/ John P. Lynch, Jr.

CKSS File # 526-1-8  
Attorneys for Plaintiff

# SERVICE LIST
*Platinumtel Communications, LLC v. ZEFCOM, LLC, et al.*  
Court No.: 08 CV 1062

**Attorneys for EZ Stream**  
John Mraibie  
Akram Zanayed and Associates  
2342 N. Damen Avenue  
Chicago, Illinois 60647  
T: (773) 772-1600  
F: (773) 772-0030

**Attorneys for ZEFCOM, LLC d/b/a TELISPIRE**  
Terri L. Mascherin  
Jenner & Block LLP  
330 N. Wabash Ave.  
Chicago, IL 60611  
T: (312) 222-9350  
   (312) 923-2799 (Direct)  
F: (312) 840-7799

**U.S. Mobile, Inc**  
Thomas F. Courtney, Jr.  
Thomas F. Courtney & Associates, P.C.  
7000 W. 127th Street  
Palos Heights, Illinois 60463  
T: (708) 448-4400  
F: (708) 448-9534

Updated: 4/28/08