IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PLATINUMTEL COMMUNICATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 08 CV 1062 ) ) Judge JOAN H. LEFKOW |
| ZEFCOM, LLC d/b/a TELISPIRE, TELISPIRE, INC, et al., | ) ) ) |
| Defendants | ) ) ) |

**DEFENDANT EZ STREAM'S NOTICE OF FILING**

     Pursuant to the Parties' Stipulated Order of March 19, 2008, Defendant EZ Stream, Inc., by and through its attorneys, hereby files its Certification of Methods Employed to comply with the Stipulated Order of March 19, 2008. See Exhibit A attached hereto.

Dated September 10, 2008                       Respectfully submitted,

                                        By:   /s/ Hanna Mraibie
                                              One of EZ Stream's Attorneys

Akram Zanayed (6192587)
Hanna Mraibie (6275561)
Akram Zanayed & Associates
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000

CERTIFICATE OF SERVICE

I, hereby certify that on September 10, 2008, I served the above and foregoing Defendant EZ Stream's NOTICE OF FILING, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John P. Lynch, Jr.<br>Brian A. O'Gallagher<br>Jesica Lynn Lesniewshi<br>Cremer, Kopon Shaughnessy & Spina<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, Il 60601<br>(312) 726-3800<br>jlynch@cksslaw.com<br>bogallagher@cksslaw.com<br>jlesniewski@cksslaw.com<br><br>Attorneys for Plaintiff | Thomas F. Courtney Jr.,<br>Thomas F. Courtney & Associates , P.C.<br>7000 W. 127th Street<br>Palos Heights, Il 60463<br>(708) 448-4400<br><br><br>Attorney for Defendant U.S. Mobile, Inc., |
| Terri L. Mascherin<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, Il 60611<br>(312) 923-2799<br>tmascherin@jenner.com<br><br>Attorneys for ZefCom, LLC d/b/a Telispire | |

By:   /s/ Hanna Mraibie