

September 10, 2008

To Whom It May Concern:

I, Khaled Abualshaikh, President of EZ Stream, Inc., certify that the following actions have taken place to comply with the Stipulated Order of March 19, 2008 and have been in effect since May 2, 2008 through the date of this letter.

1. The company has created labels which have been affixed to all prepaid phone cards and advertising materials, which directs all consumers to www.ezstreampcs.com for all terms and conditions regarding service with EZ Stream.

2. The company created a "Terms and Conditions" section on its website which is accessible to all consumers and includes the following information:

    A. EZ Stream's customer service number;
    B. The terms of EZ Stream's refund policy;
    C. The value of prepaid phone cards sold by EZ Stream;
    D. All rates, surcharges and fees that will be charged by EZ Stream for services; and
    E. The expiration policy of all prepaid phone cards.

3. All stores that distribute EZ Stream products have been advised by EZ Stream to provide any consumer that requests a printout of their prepaid phone usage to provide a copy of said printout to the consumer. In the event that the store is not able to provide a printout the store is directed to inform the consumer to contact EZ Stream via its Customer Service number to obtain a printout.

4. The company has performed monthly system audits to verify that all charges that are incurred by EZ Stream consumers during the previous month are in compliance with the rates, surcharges and fees as advertised on the company's website and advertising materials.

Thank you,

Khaled Abualshaikh
President
EZ Stream, Inc.